**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF MICHIGAN

Case number *(if known)* _____

Chapter you are filing under:

☐ Chapter 7

☐ Chapter 11

☐ Chapter 12

■ Chapter 13

☐ Check if this is an amended filing

## Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy
12/17

The bankruptcy forms use you and Debtor 1 to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use you to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
|---|---|

|  | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| 1. | **Your full name** Write the name that is on your government-issued picture identification (for example, your driver's license or passport). Bring your picture identification to your meeting with the trustee. | **Joaquin** <br> First name <br><br> Middle name <br><br> **Estrada** <br> Last name and Suffix (Sr., Jr., II, III) | **Leticia** <br> First name <br><br> Middle name <br><br> **Estrada** <br> Last name and Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years** Include your married or maiden names. | | |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-0826 | xxx-xx-8461 |

Debtor 1 **Joaquin Estrada**
Debtor 2 **Leticia Estrada**

Case number *(if known)* _____

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and *doing business as* names

■ I have not used any business name or EINs.

Business name(s)
_____

EINs
_____

■ I have not used any business name or EINs.

Business name(s)
_____

EINs
_____

**5. Where you live**

**189 W. 17th Ave.**
**HOLLAND, MI 49423-4114**
Number, Street, City, State & ZIP Code

**Ottawa**
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number, P.O. Box, Street, City, State & ZIP Code

**If Debtor 2 lives at a different address:**

_____
Number, Street, City, State & ZIP Code

_____
County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

_____
Number, P.O. Box, Street, City, State & ZIP Code

**6. Why you are choosing *this district* to file for bankruptcy**

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

_____

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

_____

Debtor 1    **Joaquin Estrada**

Debtor 2    **Leticia Estrada**

Case number *(if known)* _____

---

| Part 2: | Tell the Court About Your Bankruptcy Case |
|---|---|

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)*). Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7

☐ Chapter 11

☐ Chapter 12

☑ Chapter 13

---

**8. How you will pay the fee**

☐ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☑ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

---

**9. Have you filed for bankruptcy within the last 8 years?**

☑ No.

☐ Yes.

| District | When | Case number |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

---

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No

☐ Yes.

| Debtor | | Relationship to you | |
|---|---|---|---|
| _____ | | _____ | |
| District | When | Case number, if known | |
| _____ | _____ | _____ | |
| Debtor | | Relationship to you | |
| _____ | | _____ | |
| District | When | Case number, if known | |
| _____ | _____ | _____ | |

---

**11. Do you rent your residence?**

☑ No.    Go to line 12.

☐ Yes.    Has your landlord obtained an eviction judgment against you?

☐ No. Go to line 12.

☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

---

Debtor 1    **Joaquin Estrada**
Debtor 2    **Leticia Estrada**

Case number *(if known)* _____

| Part 3: | Report About Any Businesses You Own as a Sole Proprietor |
|---|---|

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

■ No.    Go to Part 4.

☐ Yes.    Name and location of business

_____
Name of business, if any

_____

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐    Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐    Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐    Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐    Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐    None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).

■ No.    I am not filing under Chapter 11.

☐ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.    I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

| Part 4: | Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |
|---|---|

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.

What is the hazard?    _____

If immediate attention is needed, why is it needed?    _____

Where is the property?    _____

_____
Number, Street, City, State & Zip Code

Debtor 1    **Joaquin Estrada**

Debtor 2    **Leticia Estrada**

Case number *(if known)* _____

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1    **Joaquin Estrada**
Debtor 2    **Leticia Estrada**

Case number *(if known)* _____

| **Part 6:** | **Answer These Questions for Reporting Purposes** |
|---|---|

**16.** What kind of debts do you have?

16a.   **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.

■ Yes. Go to line 17.

16b.   **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☐ Yes. Go to line 17.

16c.   State the type of debts you owe that are not consumer debts or business debts _____

**17.** Are you filing under Chapter 7?

■ No.   I am not filing under Chapter 7. Go to line 18.

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?

☐ Yes.   I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

☐ Yes

**18.** How many Creditors do you estimate that you owe?

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**19.** How much do you estimate your assets to be worth?

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20.** How much do you estimate your liabilities to be?

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| **Part 7:** | **Sign Below** |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Joaquin Estrada**                                        **/s/ Leticia Estrada**
**Joaquin Estrada**                                              **Leticia Estrada**
Signature of Debtor 1                                          Signature of Debtor 2

Executed on    **November 29, 2019**              Executed on    **November 29, 2019**
                        MM / DD / YYYY                                                  MM / DD / YYYY

| | |
|---|---|
| Debtor 1 | **Joaquin Estrada** |
| Debtor 2 | **Leticia Estrada** |

Case number *(if known)* _____

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ Martin L. Rogalski** _____     Date  **November 29, 2019**
Signature of Attorney for Debtor                        MM / DD / YYYY

**Martin L. Rogalski P-30548 - MICHIGAN**
Printed name

**MARTIN L. ROGALSKI, P.C.**
Firm name

**1881 GEORGETOWN CENTER DRIVE**
**JENISON, MI 49428**
Number, Street, City, State & ZIP Code

Contact phone  **(616) 457-4410**          Email address  **court@mrogalski.com**

**P-30548 - MICHIGAN MI**
Bar number & State

---

Official Form 101 **Voluntary Petition for Individuals Filing for Bankruptcy** page 7

Certificate Number: 01401-MIW-CC-033428778



01401-MIW-CC-033428778

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>September 18, 2019</u>, at <u>9:29</u> o'clock <u>AM EDT</u>, <u>Leticia Estrada</u> received from <u>GreenPath, Inc.,</u> an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the <u>Western District of Michigan</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by telephone</u>.

Date:   <u>September 18, 2019</u>          By:    <u>/s/Jeremy Lark for Sandra Garcia</u>

Name:   <u>Sandra Garcia</u>

Title:   <u>Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).

Certificate Number: 01401-MIW-CC-033428779



01401-MIW-CC-033428779

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>September 18, 2019</u>, at <u>9:29</u> o'clock <u>AM EDT</u>, <u>Joaquin Estrada</u> received from <u>GreenPath, Inc.</u>, an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the <u>Western District of Michigan</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by telephone</u>.

Date:    <u>September 18, 2019</u>            By:    <u>/s/Jeremy  Lark for Sandra Garcia</u>

Name:    <u>Sandra Garcia</u>

Title:    <u>Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C.  109(h) and 521(b).

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Joaquin Estrada** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Leticia Estrada** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF MICHIGAN | | |
| Case number (if known) | _____ | | |

☐ Check if this is an amended filing

## Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

**Part 1:    Summarize Your Assets**

|  | | Your assets<br>Value of what you own |
|---|---|---|
| 1. | **Schedule A/B: Property** (Official Form 106A/B)<br>1a. Copy line 55, Total real estate, from Schedule A/B...................................................... | $                125,000.00 |
| | 1b. Copy line 62, Total personal property, from Schedule A/B............................................ | $                 61,301.92 |
| | 1c. Copy line 63, Total of all property on Schedule A/B.................................................... | $                186,301.92 |

**Part 2:    Summarize Your Liabilities**

|  | | Your liabilities<br>Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)<br>2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $                 88,269.00 |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)<br>3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*............................... | $                  1,010.86 |
| | 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*............................ | $                 11,654.90 |
| | **Your total liabilities** | $                100,934.76 |

**Part 3:    Summarize Your Income and Expenses**

|  | | |
|---|---|---|
| 4. | *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I*................................................... | $                  6,216.00 |
| 5. | *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J*......................................................... | $                  4,153.00 |

**Part 4:    Answer These Questions for Administrative and Statistical Records**

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ■ Yes

7. **What kind of debt do you have?**

   ■ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9 for statistical purposes. 28 U.S.C. § 159.

   ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1  **Joaquin Estrada**

Debtor 2  **Leticia Estrada**

Case number *(if known)*

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ 8,867.02

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 1,010.86 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 4,838.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 5,848.86 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Fill in this information to identify your case and this filing: | | |
|---|---|---|
| Debtor 1 | **Joaquin Estrada** | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Leticia Estrada** | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF MICHIGAN | |
| Case number | | |

☐ Check if this is an amended filing

## Official Form 106A/B
## Schedule A/B: Property
12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

■ Yes. Where is the property?

1.1

**189 W. 17TH STREET**
Street address, if available, or other description

**HOLLAND        MI    49423-0000**
City                State        ZIP Code

**Ottawa**
County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**PP#: 70-16-32-101-017**
**SEV: $41,800**
**(See Attachment 'A' for legal description)**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $125,000.00 | $125,000.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**TENANTS BY THE ENTIRETY**

☐ Check if this is community property (see instructions)

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.........................................................=>**

$125,000.00

**Part 2:** Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

Debtor 1    **Joaquin Estrada**

Debtor 2    **Leticia Estrada**

Case number *(if known)* _____

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No

■ Yes

| | | |
|---|---|---|
| 3.1 | Make: **FORD** | **Who has an interest in the property?** Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |

3.1 Make: **FORD**

Model: **F-150**

Year: **2002**

Approximate mileage: **222,000**

Other information:

VIN: 1FTRW08L92KC96034 (JT)

**Who has an interest in the property?** Check one

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    Current value of the portion you own?

$3,000.00    $3,000.00

---

3.2 Make: **NISSAN**

Model: **ALTIMA**

Year: **2015**

Approximate mileage: **UNKOWN**

Other information:

VIN: 1N4AL3APXFC123410 (JT) VEHICLE HAS BEEN REPOSESED AND SOLD

**Who has an interest in the property?** Check one

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    Current value of the portion you own?

$12,000.00    $12,000.00

---

3.3 Make: **VOLKSWAGEN**

Model: **JETTA**

Year: **2006**

Approximate mileage: **153,000**

Other information:

TITLE IS IN THE NAME OF THE DEBTOR'S MOTHER AND DEBTOR'S SON. DEBTOR'S MOTHER ACQUIRED THE LOAN. TITLE WILL BE TRANSFERED TO DEBTOR'S (JT) UPON LAST MONTHLY PAYMENT OF $148.00.

**Who has an interest in the property?** Check one

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    Current value of the portion you own?

$2,000.00    $2,000.00

---

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**

   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No

☐ Yes

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here..........................................................................=>**    | $17,000.00 |

**Part 3:    Describe Your Personal and Household Items**

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**

   *Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No

■ Yes. Describe.....

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor 1     **Joaquin Estrada**
Debtor 2     **Leticia Estrada**

Case number *(if known)*

| USUAL HOUSEHOLD GOODS, NO ONE ITEM VALUE GREATER THAN $650.00 (JT) | $2,000.00 |
|---|---|

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ■ Yes.  Describe.....

| T.V. SETS (6) (JT) | $500.00 |
|---|---|

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☐ No
   ■ Yes.  Describe.....

| SOME OLD COINS (JT) | $20.00 |
|---|---|

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☐ No
   ■ Yes.  Describe.....

| BICYCLES (2) $50.00 EACH HAND TOOLS & POWER SAWS $800.00 (JT) | $900.00 |
|---|---|

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ■ No
    ☐ Yes.  Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ■ Yes.  Describe.....

| USUAL WEARING APPAREL (H) | $200.00 |
|---|---|

| USUAL WEARING APPAREL (W) | $200.00 |
|---|---|

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ■ Yes.  Describe.....

| WEDDING BAND $50.00 WATCHES (7) $210.00 MISCELLANEOUS $100.00 (W) | $360.00 |
|---|---|

Debtor 1    **Joaquin Estrada**

Debtor 2    Leticia Estrada                                              Case number *(if known)*

| WATCHES (6) (H) | $1,200.00 |
|---|---|

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ■ No
    ☐ Yes.  Describe.....

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ■ No
    ☐ Yes.  Give specific information.....

15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached
    for Part 3. Write that number here ...............................................................................    | $5,380.00 |

| **Part 4:** Describe Your Financial Assets | |
|---|---|
| **Do you own or have any legal or equitable interest in any of the following?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    ☐ No
    ■ Yes...........................................................................................................

|  | CASH ON HAND (H) | $50.00 |
|---|---|---|
|  | CASH ON HAND (W) | $40.00 |

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar
    institutions. If you have multiple accounts with the same institution, list each.
    ☐ No
    ■ Yes........................                Institution name:

| 17.1. | **CHECKING** | HUNTINGTON BANK ACCOUNT (X2642) (JT) | $6,103.24 |
|---|---|---|---|

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ■ No
    ☐ Yes..................                Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and
    joint venture**
    ■ No
    ☐ Yes.  Give specific information about them...................
                        Name of entity:                              % of ownership:

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them
                        Issuer name:

| Debtor 1 | Joaquin Estrada | | |
|---|---|---|---|
| Debtor 2 | Leticia Estrada | Case number *(if known)* | |

21. **Retirement or pension accounts**
   *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
   ☐ No
   ■ Yes. List each account separately.

| Type of account: | Institution name: | |
|---|---|---|
| **PENSION (MONTHLY)** | **KRAFT HEINZ RETIREMENT PLAN ESTIMATED COMPNENT PLAN B(b) BENEFIT MONTHLY AMOUNT (AT RETIREMENT) (H)** | **$823.43** |
| **RETIREMENT SAVINGS PLAN** | **KRAFT HEINZ UNION SAVINGS PLAN FIDELITY NET BENEFITS (H)** | **$9,321.00** |
| **RETIREMENT SAVINGS ACCOUNT** | **H.J. HEINZ COMPANY SAVER FIDELITY NET BENEFITS (H)** | **$1.00** |
| **401(k) AND PROFIT SHARING PLAN** | **BOAR'S HEAD PROVISIONS CO., INC. FIDELITY (W)** | **$21,581.25** |

22. **Security deposits and prepayments**
   Your share of all unused deposits you have made so that you may continue service or use from a company
   *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
   ■ No
   ☐ Yes. .....................    Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
   ■ No
   ☐ Yes.............    Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
   26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
   ■ No
   ☐ Yes.............    Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
   ■ No
   ☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
   *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
   ■ No
   ☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
   *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
   ■ No
   ☐ Yes.  Give specific information about them...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

Debtor 1    **Joaquin Estrada**
Debtor 2    **Leticia Estrada**                                    Case number *(if known)* _____

**28.  Tax refunds owed to you**
☐ No
■ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

| 2019 INCOME TAX REFUNDS (JT) | FEDERAL AND STATE | $1,000.00 |
|---|---|---|

**29.  Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
■ No
☐ Yes. Give specific information......

**30.  Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else
■ No
☐ Yes.  Give specific information..

**31.  Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
☐ No
■ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| TERM LIFE INSURANCE THROUGH EMPLOYER (H) | SPOUSE | $1.00 |
| TERM LIFE INSURANCE THROUGH EMPLOYER (W) | SPOUSE | $1.00 |

**32.  Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
■ No
☐ Yes.  Give specific information..

**33.  Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue
■ No
☐ Yes.  Describe each claim.........

**34.  Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
■ No
☐ Yes.  Describe each claim.........

**35.  Any financial assets you did not already list**
■ No
☐ Yes.  Give specific information..

36.  **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**...................................................................................................................

| $38,921.92 |
|---|

| Part 5: | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |
|---|---|

**37.  Do you own or have any legal or equitable interest in any business-related property?**
■ No. Go to Part 6.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Joaquin Estrada** | | |
|---|---|---|---|
| Debtor 2 | **Leticia Estrada** | Case number *(if known)* | |

☐ Yes. Go to line 38.

| **Part 6:** | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
　　■ No. Go to Part 7.
　　☐ Yes. Go to line 47.

| **Part 7:** | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |
|---|---|

53. **Do you have other property of any kind you did not already list?**
　　*Examples:* Season tickets, country club membership
　　■ No
　　☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ................................... | **$0.00**

| **Part 8:** | **List the Totals of Each Part of this Form** |
|---|---|

| 55. | **Part 1: Total real estate, line 2** ................................................................................................ | | **$125,000.00** |
|---|---|---|---|
| 56. | **Part 2: Total vehicles, line 5** | **$17,000.00** | |
| 57. | **Part 3: Total personal and household items, line 15** | **$5,380.00** | |
| 58. | **Part 4: Total financial assets, line 36** | **$38,921.92** | |
| 59. | **Part 5: Total business-related property, line 45** | **$0.00** | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | **$0.00** | |
| 61. | **Part 7: Total other property not listed, line 54** | + | **$0.00** | |
| 62. | **Total personal property.** Add lines 56 through 61... | **$61,301.92** | Copy personal property total | **$61,301.92** |
| 63. | **Total of all property on Schedule A/B.** Add line 55 + line 62 | | **$186,301.92** |

IN RE:    **JOAQUIN & LETICIA ESTRADA**


**ATTACHMENT 'A'**


Homestead located at:

189 W. 17th Street
Holland, MI 49423


Legal description:

The following described premises situated in the City of Holland, County of Ottawa, and State of Michigan, to-wit:

LOT 24 OF VANDEN BOSCH'S SUBDIVISION, OF LOTS 2, 3 AND 4, AND PART OF LOTS 5,6, AND 7, BLOCK B ADDITION TO THE CITY OF HOLLAND, AS RECORDED IN LIBER 3 OF PLATS ON PAGE 26, INCLUDING THE SOUTH 1/2 OF VACATED ALLEY ADJOINING SUBJECT PROPERTY ON THE NORTH.

SUBJECT TO EASEMENTS, RESERVATIONS, RESTRICTIONS AND LIMITATIONS OF RECORD, IF ANY.


PP#: 70-16-32-101-017

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Joaquin Estrada** |
| | First Name / Middle Name / Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name / Middle Name / Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF MICHIGAN |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106C
# Schedule C: The Property You Claim as Exempt
**4/19**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ■ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Debtor 1 Exemptions** | | | |
| **189 W. 17TH STREET HOLLAND, MI 49423  Ottawa County<br>PP#: 70-16-32-101-017<br>SEV: $41,800<br>(See Attachment 'A' for legal description)**<br>Line from *Schedule A/B*: **1.1** | $125,000.00 | ■ $25,150.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(1) |
| **2002 FORD F-150 222,000 miles<br>VIN: 1FTRW08L92KC96034 (JT)**<br>Line from *Schedule A/B*: **3.1** | $3,000.00 | ■ $1,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(2) |
| **2006 VOLKSWAGEN JETTA 153,000 miles<br>TITLE IS IN THE NAME OF THE DEBTOR'S MOTHER AND DEBTOR'S SON.<br>DEBTOR'S MOTHER ACQUIRED THE LOAN.<br>TITLE WILL BE TRANSFERRED TO DEBTOR'S (JT) UPON LAST MONTHLY PAYMENT OF $148.00.**<br>Line from *Schedule A/B*: **3.3** | $2,000.00 | ■ $250.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **USUAL HOUSEHOLD GOODS, NO ONE ITEM VALUE GREATER THAN $650.00 (JT)**<br>Line from *Schedule A/B*: **6.1** | $2,000.00 | ■ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| **T.V. SETS (6) (JT)**<br>Line from *Schedule A/B*: **7.1** | $500.00 | ■ $250.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| **SOME OLD COINS (JT)**<br>Line from *Schedule A/B*: **8.1** | $20.00 | ■ $10.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| **BICYCLES (2) $50.00 EACH HAND TOOLS & POWER SAWS $800.00 (JT)**<br>Line from *Schedule A/B*: **9.1** | $900.00 | ■ $450.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| **USUAL WEARING APPAREL (H)**<br>Line from *Schedule A/B*: **11.1** | $200.00 | ■ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| **WATCHES (6) (H)**<br>Line from *Schedule A/B*: **12.2** | $1,200.00 | ■ $1,200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(4) |
| **CASH ON HAND (H)**<br>Line from *Schedule A/B*: **16.1** | $50.00 | ■ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **CHECKING: HUNTINGTON BANK ACCOUNT (X2642) (JT)**<br>Line from *Schedule A/B*: **17.1** | $6,103.24 | ■ $525.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **PENSION (MONTHLY): KRAFT HEINZ RETIREMENT PLAN ESTIMATED COMPNENT PLAN B(b) BENEFIT MONTHLY AMOUNT (AT RETIREMENT) (H)**<br>Line from *Schedule A/B*: **21.1** | $823.43 | ■ $823.43<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(11)(C) |
| **RETIREMENT SAVINGS PLAN: KRAFT HEINZ UNION SAVINGS PLAN FIDELITY NET BENEFITS (H)**<br>Line from *Schedule A/B*: **21.2** | $9,321.00 | ■ $9,321.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(10)(E) and 11 U.S.C. § 522(d)(12) |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own Copy the value from *Schedule A/B* | Amount of the exemption you claim *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **RETIREMENT SAVINGS ACCOUNT: H.J. HEINZ COMPANY SAVER FIDELITY NET BENEFITS (H)** Line from *Schedule A/B*: **21.3** | $1.00 | ■ $1.00 ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(10)(E) and 11 U.S.C. § 522(d)(12)** |
| **FEDERAL AND STATE: 2019 INCOME TAX REFUNDS (JT)** Line from *Schedule A/B*: **28.1** | $1,000.00 | ■ $500.00 ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **TERM LIFE INSURANCE THROUGH EMPLOYER (H) Beneficiary: SPOUSE** Line from *Schedule A/B*: **31.1** | $1.00 | ■ $1.00 ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(7)** |

3. **Are you claiming a homestead exemption of more than $170,350**
   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ☐ No

       ☐ Yes

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | **Leticia Estrada** | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF MICHIGAN | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106C
## Schedule C: The Property You Claim as Exempt                         4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

**Part 1:**    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

   ■ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Debtor 2 Exemptions**<br>**189 W. 17TH STREET HOLLAND, MI 49423  Ottawa County**<br>**PP#: 70-16-32-101-017**<br>**SEV: $41,800**<br>**(See Attachment 'A' for legal description)**<br>Line from *Schedule A/B*: **1.1** | $125,000.00 | ■         $25,150.00<br>☐  100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(1) |
| **2002 FORD F-150 222,000 miles**<br>**VIN: 1FTRW08L92KC96034 (JT)**<br>Line from *Schedule A/B*: **3.1** | $3,000.00 | ■          $1,500.00<br>☐  100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(2) |
| **2006 VOLKSWAGEN JETTA 153,000 miles**<br>**TITLE IS IN THE NAME OF THE DEBTOR'S MOTHER AND DEBTOR'S SON.**<br>**DEBTOR'S MOTHER ACQUIRED THE LOAN.**<br>**TITLE WILL BE TRANSFERED TO DEBTOR'S (JT) UPON LAST MONTHLY PAYMENT OF $148.00.**<br>Line from *Schedule A/B*: **3.3** | $2,000.00 | ■           $250.00<br>☐  100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **USUAL HOUSEHOLD GOODS, NO ONE ITEM VALUE GREATER THAN $650.00 (JT)**<br>Line from *Schedule A/B*: **6.1** | $2,000.00 | ■ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| **T.V. SETS (6) (JT)**<br>Line from *Schedule A/B*: **7.1** | $500.00 | ■ $250.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| **SOME OLD COINS (JT)**<br>Line from *Schedule A/B*: **8.1** | $20.00 | ■ $10.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| **BICYCLES (2) $50.00 EACH HAND TOOLS & POWER SAWS $800.00 (JT)**<br>Line from *Schedule A/B*: **9.1** | $900.00 | ■ $450.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| **USUAL WEARING APPAREL (W)**<br>Line from *Schedule A/B*: **11.2** | $200.00 | ■ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| **WEDDING BAND $50.00 WATCHES (7) $210.00 MISCELLANEOUS $100.00 (W)**<br>Line from *Schedule A/B*: **12.1** | $360.00 | ■ $360.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(4)** |
| **CASH ON HAND (W)**<br>Line from *Schedule A/B*: **16.2** | $40.00 | ■ $40.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **CHECKING: HUNTINGTON BANK ACCOUNT (X2642) (JT)**<br>Line from *Schedule A/B*: **17.1** | $6,103.24 | ■ $535.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **401(k) AND PROFIT SHARING PLAN: BOAR'S HEAD PROVISIONS CO., INC.<br>FIDELITY<br>(W)**<br>Line from *Schedule A/B*: **21.4** | $21,581.25 | ■ $21,581.25<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(10)(E) and 11 U.S.C. § 522(d)(12)** |
| **FEDERAL AND STATE: 2019 INCOME TAX REFUNDS (JT)**<br>Line from *Schedule A/B*: **28.1** | $1,000.00 | ■ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **TERM LIFE INSURANCE THROUGH EMPLOYER (W)<br>Beneficiary: SPOUSE**<br>Line from *Schedule A/B*: **31.2** | $1.00 | ■ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(7)** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption.* | |

3.  **Are you claiming a homestead exemption of more than $170,350?**
    (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

■ No.

☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

    ☐ No

    ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify your case:**

| Debtor 1 | Joaquin Estrada | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | Leticia Estrada | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:    WESTERN DISTRICT OF MICHIGAN

Case number
(if known)    _____

☐ Check if this is an
amended filing

Official Form 106D
# Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List All Secured Claims**

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A
Amount of claim
Do not deduct the value of collateral. | Column B
Value of collateral that supports this claim | Column C
Unsecured portion
If any |
|---|---|---|---|---|

| 2.1 | CAPITAL ONE AUTO FINANCE | $8,934.00 | $12,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**

**2015 NISSAN ALTIMA UNKOWN miles**
**VIN: 1N4AL3APXFC123410 (JT)**
**VEHICLE HAS BEEN REPOSESED AND SOLD**

ATTN: BANKRUPTCY
PO BOX 30285
SALT LAKE CITY, UT 84130

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    AUTO LOAN

Date debt was incurred    **12/14**    Last 4 digits of account number    **1001**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

| Debtor 1 | **Joaquin Estrada** | | | Case number (if known) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | **Leticia Estrada** | | | | |
| | First Name | Middle Name | Last Name | | |

| 2.2 | **JULIA ESTRADA** | Describe the property that secures the claim: | $1,500.00 | $2,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**2006 VOLKSWAGEN JETTA 153,000 miles**
**TITLE IS IN THE NAME OF THE DEBTOR'S MOTHER AND DEBTOR'S SON.**
**DEBTOR'S MOTHER ACQUIRED THE LOAN.**
**TITLE WILL BE TRANSFERED TO DEBTOR'S (JT) UPON LAST MONTHLY PAYMENT OF $148.00.**

**125 DEPOT LANE**
**HOLLAND, MI 49424**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)  **PERSONAL AUTO LOAN**

Date debt was incurred   **2019**        Last 4 digits of account number _____

---

| 2.3 | **SELECT PORTFOLIO SERVICING INC** | Describe the property that secures the claim: | $77,835.00 | $125,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**189 W. 17TH STREET HOLLAND, MI 49423  Ottawa County**
**PP#: 70-16-32-101-017**
**SEV: $41,800**
**(See Attachment 'A' for legal description)**

**ATTN: BANKRUPTCY**
**PO BOX 65250**
**SALT LAKE CITY, UT 84165**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)  **MORTGAGE**

Date debt was incurred   **12/05**        Last 4 digits of account number   **4144**

---

| Add the dollar value of your entries in Column A on this page. Write that number here: | $88,269.00 |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $88,269.00 |

**Part 2:**   List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

Official Form 106D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 2 of 3

| Debtor 1 | **Joaquin Estrada** | | | Case number (if known) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | **Leticia Estrada** | | | | |
| | First Name | Middle Name | Last Name | | |

☐ Name, Number, Street, City, State & Zip Code
**CAPITAL ONE AUTO FINANCE**
**PO BOX 259407**
**PLANO, TX 75025**

On which line in Part 1 did you enter the creditor?  __**2.1**__

Last 4 digits of account number  __**1001**__

---

☐ Name, Number, Street, City, State & Zip Code
**CAPITAL ONE AUTO FINANCE**
**PO BOX 259407**
**PLANO, TX 75025**

On which line in Part 1 did you enter the creditor?  __**2.1**__

Last 4 digits of account number  __**1001**__

---

☐ Name, Number, Street, City, State & Zip Code
**CAPITAL ONE AUTO FINANCE**
**3901 DALLAS PKWY**
**PLANO, TX 75093-7864**

On which line in Part 1 did you enter the creditor?  __**2.1**__

Last 4 digits of account number  __**1001**__

---

☐ Name, Number, Street, City, State & Zip Code
**SELECT PORTFOLIO SERVICING INC**
**10401 DEERWOOD PARK BLVD**
**JACKSONVILLE, FL 32256**

On which line in Part 1 did you enter the creditor?  __**2.3**__

Last 4 digits of account number  __**4144**__

---

☐ Name, Number, Street, City, State & Zip Code
**SELECT PORTFOLIO SERVICING INC**
**3217 S DECKER LAKE DR**
**SALT LAKE CITY, UT 84119**

On which line in Part 1 did you enter the creditor?  __**2.3**__

Last 4 digits of account number  __**4144**__

---

☐ Name, Number, Street, City, State & Zip Code
**SELECT PORTFOLIO SERVICING INC**
**3815 S WEST TEMPLE**
**SALT LAKE CITY, UT 84115-4412**

On which line in Part 1 did you enter the creditor?  __**2.3**__

Last 4 digits of account number  __**4144**__

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Joaquin Estrada** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Leticia Estrada** |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF MICHIGAN |
| Case number (if known) | _____ |

☐ Check if this is an
amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**

   ☐ No. Go to Part 2.

   ■ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

| 2.1 | **INTERNAL REVENUE SERVICE** | Last 4 digits of account number **P503** | **$1,010.86** | **$992.00** | **$18.86** |

Priority Creditor's Name
**PO BOX 7346**
**PHILADELPHIA, PA 19101-7346**
Number Street City State Zip Code

When was the debt incurred?    **2018**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____
**INCOME TAXES DUE**

### Part 2:    List All of Your NONPRIORITY Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**

   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

   ■ Yes.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

Total claim

Debtor 1  **Joaquin Estrada**

Debtor 2  **Leticia Estrada**

Case number (if known) _____

---

| 4.1 | **ADVANCED RADIOLOGY SERVICES** | Last 4 digits of account number | 8346 | $40.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**100 S. OWASSO BLVD. WEST
SAINT PAUL, MN 55117**

When was the debt incurred?  **2016**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ At least one of the debtors and another

☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **MEDICAL SERVICES**

---

| 4.2 | **ADVANCED RADIOLOGY SERVICES** | Last 4 digits of account number | 7878 | $111.68 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**100 S. OWASSO BLVD. WEST
SAINT PAUL, MN 55117**

When was the debt incurred?  **2019**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **MEDICAL SERVICES**

---

| 4.3 | **ALLIED BUSINESS SERVICES** | Last 4 digits of account number | 0906 | $20.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**PO BOX 1799
HOLLAND, MI 49422**

When was the debt incurred?  **10/05/18**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **HOLLAND COMMUNITY HEALTH CENTER
MEDICAL SERVICES**

---

Debtor 1  **Joaquin Estrada**
Debtor 2  **Leticia Estrada**

Case number *(if known)* _____

| 4.4 | **ALLIED BUSINESS SERVICES** | Last 4 digits of account number | **0905** | $20.00 |

Nonpriority Creditor's Name
**PO BOX 1799**
**HOLLAND, MI 49422**
Number Street City State Zip Code

When was the debt incurred?  **09/26/19**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **HOLLAND COMMUNITY HEALTH CENTER MEDICAL SERVICES**

| 4.5 | **ALLIED BUSINESS SERVICES** | Last 4 digits of account number | **0908** | $20.00 |

Nonpriority Creditor's Name
**PO BOX 1799**
**HOLLAND, MI 49422**
Number Street City State Zip Code

When was the debt incurred?  **10/24/18**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **HOLLAND COMMUNITY HEALTH CENTER MEDICAL SERVICES**

| 4.6 | **ALLIED BUSINESS SERVICES** | Last 4 digits of account number | **0907** | $20.00 |

Nonpriority Creditor's Name
**PO BOX 1799**
**HOLLAND, MI 49422**
Number Street City State Zip Code

When was the debt incurred?  **10/19/18**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **HOLLAND COMMUNITY HEALTH CENTER MEDICAL SERVICES**

Debtor 1 **Joaquin Estrada**
Debtor 2 **Leticia Estrada**                                                         Case number *(if known)* _____

| 4.7 | **ALLIED BUSINESS SERVICES** | Last 4 digits of account number | **1513** | $0.24 |

Nonpriority Creditor's Name
**PO BOX 1799**
**HOLLAND, MI 49422**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?  **10/15/18**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **SPECTRUM HEALTH MEDICAL GROUP MEDICAL SERVICES**

---

| 4.8 | **ALLIED BUSINESS SERVICES** | Last 4 digits of account number | **1513** | $19.76 |

Nonpriority Creditor's Name
**PO BOX 1799**
**HOLLAND, MI 49422**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?  **10/15/18**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **SPECTRUM HEALTH MEDICAL GROUP MEDICAL SERVICES**

---

| 4.9 | **ALLIED COLLECTION SERVICE** | Last 4 digits of account number | **2443** | $103.00 |

Nonpriority Creditor's Name
**PO BOX 1799**
**HOLLAND, MI 49422**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?  **05/15**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Collection Attorney**
**SPECTRUM HEALTH MEDICAL GROUP**

---

Debtor 1 **Joaquin Estrada**
Debtor 2 **Leticia Estrada**

Case number (if known) _____

---

| 4.1 0 | **ALLIED COLLECTION SERVICE** | Last 4 digits of account number | **2685** | **$20.00** |

Nonpriority Creditor's Name
**PO BOX 1799**
**HOLLAND, MI 49422**

When was the debt incurred? **11/28/16**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **SPECTRUM HEALTH MEDICAL GROUP MEDICAL SERVICES**

---

| 4.1 1 | **AMERICOLLECT** | Last 4 digits of account number | **5391** | **$160.41** |

Nonpriority Creditor's Name
**PO BOX 1566**
**1851 SOUTH ALVERNO ROAD**
**MANITOWOC, WI 54221**

When was the debt incurred? **05/21/15**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **SHORELINE ORTHO SPORTS MED CLINIC MEDICAL SERVICES**

---

| 4.1 2 | **AMERICOLLECT** | Last 4 digits of account number | **391A** | **$40.00** |

Nonpriority Creditor's Name
**PO BOX 1566**
**1851 SOUTH ALVERNO ROAD**
**MANITOWOC, WI 54221**

When was the debt incurred? **05/21/15**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **SHORELINE ORTHO SPORTS MED CLINIC MEDICAL SERVICES**

---

Debtor 1  **Joaquin Estrada**
Debtor 2  **Leticia Estrada**

Case number (if known) _____

---

| 4.1 3 | | | |
|---|---|---|---|

**DAVID CHRISTENSEN DDS PC**

Nonpriority Creditor's Name

**187 RILEY STREET**
**HOLLAND, MI 49424**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **ESTRADA**            $30.00

**When was the debt incurred?**    **2017**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **MEDICAL SERVICES**

---

| 4.1 4 | | | |
|---|---|---|---|

**ERC /ENHANCED RECOVERY CORP**

Nonpriority Creditor's Name

**ATTN: BANKRUPTCY**
**8014 BAYBERRY ROAD**
**JACKSONVILLE, FL 32256**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **3766**            $245.00

**When was the debt incurred?**    **04/16**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Collection Attorney**
                    **AT&T U-VERSE**

---

| 4.1 5 | | | |
|---|---|---|---|

**HOLLAND COMMUNITY HEALTH CNTR**

Nonpriority Creditor's Name

**PO BOX 99333**
**TROY, MI 48099-9333**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **8458**            $20.00

**When was the debt incurred?**    **09/26/18**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **MEDICAL SERVICES**

---

Debtor 1  **Joaquin Estrada**
Debtor 2  **Leticia Estrada**

Case number (*if known*) _____

---

**4.16**

| | |
|---|---|
| **HOLLAND HOSPITAL** | |
| Nonpriority Creditor's Name | |
| **602 MICHIGAN AVE** | |
| **HOLLAND, MI 49423** | |
| Number Street City State Zip Code | |

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   **5584**                      **$37.59**

**When was the debt incurred?**   **12/09/16**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **MEDICAL SERVICES**

---

**4.17**

| | |
|---|---|
| **HOLLAND HOSPITAL** | |
| Nonpriority Creditor's Name | |
| **602 MICHIGAN AVE** | |
| **HOLLAND, MI 49423** | |
| Number Street City State Zip Code | |

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   **9880**                      **$156.52**

**When was the debt incurred?**   **06/26/17-06/30/217**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **MEDICAL SERVICES**

---

**4.18**

| | |
|---|---|
| **HOLLAND HOSPITAL** | |
| Nonpriority Creditor's Name | |
| **602 MICHIGAN AVE** | |
| **HOLLAND, MI 49423** | |
| Number Street City State Zip Code | |

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   **6694**                      **$79.00**

**When was the debt incurred?**   **07/01/17-07/31/17**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **MEDICAL SERVICES**

---

Debtor 1  **Joaquin Estrada**

Debtor 2  **Leticia Estrada**

Case number (*if known*) _____

---

**4.19**

| | |
|---|---|
| **HOLLAND HOSPITAL** | |
| Nonpriority Creditor's Name | |
| **602 MICHIGAN AVE** | |
| **HOLLAND, MI 49423** | |
| Number Street City State Zip Code | |

**Who incurred the debt?** Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**   **7270**                $47.61

**When was the debt incurred?**   06/17/18

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **MEDICAL SERVICES**

---

**4.20**

| | |
|---|---|
| **HOLLAND HOSPITAL** | |
| Nonpriority Creditor's Name | |
| **602 MICHIGAN AVE** | |
| **HOLLAND, MI 49423** | |
| Number Street City State Zip Code | |

**Who incurred the debt?** Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**   **5874**                $20.00

**When was the debt incurred?**   07/29/18

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **MEDICAL SERVICES**

---

**4.21**

| | |
|---|---|
| **HOLLAND HOSPITAL** | |
| Nonpriority Creditor's Name | |
| **602 MICHIGAN AVE** | |
| **HOLLAND, MI 49423** | |
| Number Street City State Zip Code | |

**Who incurred the debt?** Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**   **7731**                $20.00

**When was the debt incurred?**   11/13/18

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **MEDICAL SERVICES**

---

Debtor 1   **Joaquin Estrada**

Debtor 2   **Leticia Estrada**

Case number (if known)

---

| 4.2 2 | | | |
|---|---|---|---|

**HOLLAND HOSPITAL**

Nonpriority Creditor's Name

**602 MICHIGAN AVE**
**HOLLAND, MI 49423**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **9272**                    **$43.36**

When was the debt incurred?    **01/22/19**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **MEDICAL SERVICES**

---

| 4.2 3 | | | |
|---|---|---|---|

**HOLLAND HOSPITAL**

Nonpriority Creditor's Name

**602 MICHIGAN AVE**
**HOLLAND, MI 49423**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **8859**                    **$20.00**

When was the debt incurred?    **09/23/18**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **MEDICAL SERVICES**

---

| 4.2 4 | | | |
|---|---|---|---|

**HOLLAND HOSPITAL**

Nonpriority Creditor's Name

**602 MICHIGAN AVE**
**HOLLAND, MI 49423**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **3739**                    **$23.43**

When was the debt incurred?    **03/01/19**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **MEDICAL SERVICES**

---

Debtor 1 **Joaquin Estrada**
Debtor 2 **Leticia Estrada**

Case number (if known) _____

---

| 4.2 5 | | | |
|---|---|---|---|

**HOLLAND HOSPITAL**
Nonpriority Creditor's Name
**602 MICHIGAN AVE**
**HOLLAND, MI 49423**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number **8235**               **$47.63**

**When was the debt incurred?** **10/24/18**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **MEDICAL SERVICES**

---

| 4.2 6 | | | |
|---|---|---|---|

**HOLLAND HOSPITAL**
Nonpriority Creditor's Name
**602 MICHIGAN AVE**
**HOLLAND, MI 49423**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number **0011**               **$28.14**

**When was the debt incurred?** **11/20/18**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **MEDICAL SERVICES**

---

| 4.2 7 | | | |
|---|---|---|---|

**HOLLAND HOSPITAL**
Nonpriority Creditor's Name
**602 MICHIGAN AVE**
**HOLLAND, MI 49423**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number **6038**               **$29.34**

**When was the debt incurred?** **11/12/18**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **MEDICAL SERVICES**

---

Debtor 1  **Joaquin Estrada**

Debtor 2  **Leticia Estrada**

Case number (if known) _____

---

| 4.28 | | | |
|---|---|---|---|

**HOLLAND HOSPITAL**

Nonpriority Creditor's Name

**602 MICHIGAN AVE**
**HOLLAND, MI 49423**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number**    **7335**                    **$120.72**

**When was the debt incurred?**    **02/25/19**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **MEDICAL SERVICES**

---

| 4.29 | | | |
|---|---|---|---|

**HOLLAND HOSPITAL**

Nonpriority Creditor's Name

**602 MICHIGAN AVE**
**HOLLAND, MI 49423**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number**    **4603**                    **$40.00**

**When was the debt incurred?**    **11/26/18**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **MEDICAL SERVICES**

---

| 4.30 | | | |
|---|---|---|---|

**HOLLAND HOSPITAL**

Nonpriority Creditor's Name

**602 MICHIGAN AVE**
**HOLLAND, MI 49423**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number**    **4458**                    **$40.00**

**When was the debt incurred?**    **11/12/18**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **MEDICAL SERVICES**

---

Debtor 1 **Joaquin Estrada**

Debtor 2 **Leticia Estrada**

Case number (if known) _____

| 4.3 1 | | | |
|---|---|---|---|
| **HOLLAND HOSPITAL** | Last 4 digits of account number | 2959 | $121.81 |

Nonpriority Creditor's Name

**602 MICHIGAN AVE**
**HOLLAND, MI 49423**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?**   02/25/19

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **MEDICAL SERVICES**

| 4.3 2 | | | |
|---|---|---|---|
| **HOLLAND HOSPITAL** | Last 4 digits of account number | 2721 | $121.81 |

Nonpriority Creditor's Name

**602 MICHIGAN AVE**
**HOLLAND, MI 49423**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?**   03/08/19

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **MEDICAL SERVICES**

| 4.3 3 | | | |
|---|---|---|---|
| **HOLLAND HOSPITAL** | Last 4 digits of account number | 8741 | $16.44 |

Nonpriority Creditor's Name

**602 MICHIGAN AVE**
**HOLLAND, MI 49423**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?**   03/03/16

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **MEDICAL SERVICES**

Debtor 1  **Joaquin Estrada**
Debtor 2  **Leticia Estrada**

Case number (*if known*) _____

---

**4.34**

**HOLLAND HOSPITAL**
Nonpriority Creditor's Name
**602 MICHIGAN AVE**
**HOLLAND, MI 49423**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number** 9133          **$211.87**

**When was the debt incurred?**   **UNKNOWN**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **LAKESHORE HEALTH PARTNERS MEDICAL SERVICES**

---

**4.35**

**KOHLS /CAPITAL ONE**
Nonpriority Creditor's Name
**ATTN: CREDIT ADMINISTRATOR**
**PO BOX 3043**
**MILWAUKEE, WI 53201**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number** 2883          **$173.00**

**When was the debt incurred?**   **02/15**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Charge Account**

---

**4.36**

**LABCORP OF AMERICA HOLDINGS**
Nonpriority Creditor's Name
**PO BOX 2240**
**BURLINGTON, NC 27216-4440**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ■ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number** 3760          **$36.76**

**When was the debt incurred?**   **08/05/19**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **BOARS HEAD HEALTH AT HOLLAND MEDICAL SERVICES**

---

Debtor 1  **Joaquin Estrada**
Debtor 2  **Leticia Estrada**

Case number (if known) _____

---

| 4.3 7 | **LABCORP OF AMERICA HOLDINGS** | | |
|---|---|---|---|

Nonpriority Creditor's Name
**PO BOX 2240**
**BURLINGTON, NC 27216-4440**
Number Street City State Zip Code

**Last 4 digits of account number**   9310                              $403.00

**When was the debt incurred?**   06/19/19

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **BOARS HEAD HEALTH AT HOLLAND MEDICAL SERVICES**

---

| 4.3 8 | **MICHIGAN CREDITORS SERVICE INC** | | |
|---|---|---|---|

Nonpriority Creditor's Name
**4500 REMEMBRANCE ROAD NW**
**GRAND RAPIDS, MI 49544-1122**
Number Street City State Zip Code

**Last 4 digits of account number**   H962                              $73.00

**When was the debt incurred?**   2017

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **MEDICAL SERVICES**

---

| 4.3 9 | **MIDLAND CREDIT MANAGEMENT INC** | | |
|---|---|---|---|

Nonpriority Creditor's Name
**350 CAMINO DE LA REINA SUITE 100**
**SAN DIEGO, CA 92108**
Number Street City State Zip Code

**Last 4 digits of account number**   6722                              $627.38

**When was the debt incurred?**   UNKNOWN

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **YOUNKERS / COMENITY BANK CREDIT CARD**

---

Debtor 1 **Joaquin Estrada**

Debtor 2 **Leticia Estrada**

Case number (if known) _____

---

**4.40**

**MIDLAND CREDIT MANAGEMENT INC**

Nonpriority Creditor's Name

**350 CAMINO DE LA REINA**
**SUITE 100**
**SAN DIEGO, CA 92108**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number **4462**          $364.72

**When was the debt incurred?**          **UNKNOWN**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **SAM'S CLUB / GE MONEY BANK CREDIT CARD**

---

**4.41**

**MONEY RECOVERY NATIONWIDE**

Nonpriority Creditor's Name

**8155 EXECUTIVE CT**
**SUITE 10**
**LANSING, MI 48917**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number **8741**          $16.44

**When was the debt incurred?**          **UNKNOWN**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **HOLLAND HOSPITAL MEDICAL SERVICES**

---

**4.42**

**MONEY RECOVERY NATIONWIDE**

Nonpriority Creditor's Name

**8155 EXECUTIVE CT**
**SUITE 10**
**LANSING, MI 48917**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number **6571**          $17.55

**When was the debt incurred?**          **UNKNOWN**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **HOLLAND HOSPITAL MEDICAL SERVICES**

---

Debtor 1 **Joaquin Estrada**
Debtor 2 **Leticia Estrada**

Case number (if known) _____

---

**4.4 3**

**MONEY RECOVERY NATIONWIDE**

Nonpriority Creditor's Name

**8155 EXECUTIVE CT
SUITE 10
LANSING, MI 48917**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number **9880**          **$156.52**

When was the debt incurred?   **UNKNOWN**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **HOLLAND HOSPITAL
MEDICAL SERVICES**

---

**4.4 4**

**RECEIVABLES MGMT PRTNRS (RMP)**

Nonpriority Creditor's Name

**ATTN: BANKRUPTCY
PO BOX 13129
LANSING, MI 48901**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number **8078**          **$156.00**

When was the debt incurred?   **11/17**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Collection Attorney
HOLLAND HOSPITAL**

---

**4.4 5**

**RECEIVABLES MGMT PRTNRS (RMP)**

Nonpriority Creditor's Name

**ATTN: BANKRUPTCY
PO BOX 13129
LANSING, MI 48901**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number **6600**          **$79.00**

When was the debt incurred?   **01/18**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Collection Attorney
HOLLAND HOSPITAL**

---

Debtor 1    **Joaquin Estrada**
Debtor 2    **Leticia Estrada**

Case number *(if known)* _____

---

| 4.4 6 | **RECEIVABLES MGMT PRTNRS (RMP)** | Last 4 digits of account number | **3248** | **$54.00** |

Nonpriority Creditor's Name
**ATTN: BANKRUPTCY**
**PO BOX 13129**
**LANSING, MI 48901**

When was the debt incurred?    **03/19**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Contingent

■ Debtor 1 only
☐ Unliquidated

☐ Debtor 2 only
☐ Disputed

☐ Debtor 1 and Debtor 2 only

**Type of NONPRIORITY unsecured claim:**

☐ At least one of the debtors and another

☐ Student loans

☐ **Check if this claim is for a community debt**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

☐ Yes
■ Other. Specify    **Collection Attorney**
**HOLLAND HOSPITAL**

---

| 4.4 7 | **RMP SERVICES** | Last 4 digits of account number | **3248** | **$54.98** |

Nonpriority Creditor's Name
**8155 EXECUTIVE COURT**
**SUITE 10**
**LANSING, MI 48917-7774**

When was the debt incurred?    **10/19/18**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Contingent

■ Debtor 1 only
☐ Unliquidated

☐ Debtor 2 only
☐ Disputed

☐ Debtor 1 and Debtor 2 only

**Type of NONPRIORITY unsecured claim:**

☐ At least one of the debtors and another

☐ Student loans

☐ **Check if this claim is for a community debt**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

☐ Yes
■ Other. Specify    **HOLLAND HOSPITAL**
**MEDICAL SERVICES**

---

| 4.4 8 | **RMP SERVICES** | Last 4 digits of account number | **1933** | **$218.68** |

Nonpriority Creditor's Name
**8155 EXECUTIVE COURT**
**SUITE 10**
**LANSING, MI 48917-7774**

When was the debt incurred?    **11/12/18**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Contingent

■ Debtor 1 only
☐ Unliquidated

☐ Debtor 2 only
☐ Disputed

☐ Debtor 1 and Debtor 2 only

**Type of NONPRIORITY unsecured claim:**

☐ At least one of the debtors and another

☐ Student loans

☐ **Check if this claim is for a community debt**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

☐ Yes
■ Other. Specify    **HOLLAND HOSPITAL**
**MEDICAL SERVICES**

---

Debtor 1   **Joaquin Estrada**
Debtor 2   **Leticia Estrada**

Case number (if known) _____

---

| 4.49 | | | |

**RMP SERVICES**
Nonpriority Creditor's Name
**8155 EXECUTIVE COURT**
**SUITE 10**
**LANSING, MI 48917-7774**
Number Street City State Zip Code

Last 4 digits of account number   **3173**                    **$120.72**

When was the debt incurred?   **02/25/19**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **HOLLAND HOSPITAL MEDICAL SERVICES**

---

| 4.50 | | | |

**RMP SERVICES**
Nonpriority Creditor's Name
**8155 EXECUTIVE COURT**
**SUITE 10**
**LANSING, MI 48917-7774**
Number Street City State Zip Code

Last 4 digits of account number   **5815**                    **$507.39**

When was the debt incurred?   **03/06/19**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **HOLLAND HOSPITAL MEDICAL SERVICES**

---

| 4.51 | | | |

**SPECTRUM HEALTH**
Nonpriority Creditor's Name
**PO BOX 120153**
**GRAND RAPIDS, MI 49528-0103**
Number Street City State Zip Code

Last 4 digits of account number   **6285**                    **$20.00**

When was the debt incurred?   **P12437443 10/06/16**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **STATEMENT NO. 3 MEDICAL SERVICES**

---

Debtor 1 **Joaquin Estrada**
Debtor 2 **Leticia Estrada**

Case number (*if known*) _____

---

| 4.5 2 | | | |
|---|---|---|---|

**SPECTRUM HEALTH**
Nonpriority Creditor's Name
**PO BOX 120153**
**GRAND RAPIDS, MI 49528-0103**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **6281**          $107.73

**When was the debt incurred?**    **10/06/16**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **STATEMENT NO. 3 MEDICAL SERVICES**

---

| 4.5 3 | | | |
|---|---|---|---|

**SPECTRUM HEALTH**
Nonpriority Creditor's Name
**PO BOX 120153**
**GRAND RAPIDS, MI 49528-0103**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **6285**          $20.00

**When was the debt incurred?**    **P12772396 11/28/16**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify    **STATEMENT NO. 3 MEDICAL SERVICES**

---

| 4.5 4 | | | |
|---|---|---|---|

**SPECTRUM HEALTH**
Nonpriority Creditor's Name
**PO BOX 120153**
**GRAND RAPIDS, MI 49528-0103**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **5155**          $147.73

**When was the debt incurred?**    **UNKNOWN**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **STATEMENT NO. 4 MEDICAL SERVICES**

---

Debtor 1    **Joaquin Estrada**
Debtor 2    **Leticia Estrada**

Case number (*if known*) _____

---

**4.5 5**

**SPECTRUM HEALTH**
Nonpriority Creditor's Name
**PO BOX 120153**
**GRAND RAPIDS, MI 49528-0103**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**    **5155**    **$20.00**

**When was the debt incurred?**    **UNKNOWN**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **STATEMENT NO. 8**
                    **MEDICAL SERVICES**

---

**4.5 6**

**SPECTRUM HEALTH**
Nonpriority Creditor's Name
**PO BOX 120153**
**GRAND RAPIDS, MI 49528-0103**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**    **5155**    **$127.73**

**When was the debt incurred?**    **UNKNOWN**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify    **STATEMENT NO. 1**
                    **MEDICAL SERVICES**

---

**4.5 7**

**SPECTRUM HEALTH**
Nonpriority Creditor's Name
**PO BOX 2127**
**GRAND RAPIDS, MI 49501-2127**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**    **6852**    **$1,213.00**

**When was the debt incurred?**    **UNKNOWN**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **MEDICAL SERVICES**

---

Debtor 1   **Joaquin Estrada**
Debtor 2   **Leticia Estrada**

Case number (if known)

---

| 4.58 | | | |
|---|---|---|---|

**U.S. DEPARTMENT OF EDUCATION**
Nonpriority Creditor's Name

**ECMC/BANKRUPTCY**
**PO BOX 16408**
**SAINT PAUL, MN 55116**
Number Street City State Zip Code

Last 4 digits of account number    **3396**                $3,058.00

When was the debt incurred?    **09/13**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____     Educational

---

| 4.59 | | | |
|---|---|---|---|

**U.S. DEPARTMENT OF EDUCATION**
Nonpriority Creditor's Name

**ECMC/BANKRUPTCY**
**PO BOX 16408**
**SAINT PAUL, MN 55116**
Number Street City State Zip Code

Last 4 digits of account number    **3395**                $1,780.00

When was the debt incurred?    **05/14**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____     Educational

---

| 4.60 | | | |
|---|---|---|---|

**WESTERN MI PATH ASSOC, PLLC**
Nonpriority Creditor's Name

**5700 SOUTHWYCK BLVD**
**TOLEDO, OH 43614-1509**
Number Street City State Zip Code

Last 4 digits of account number    **5904**                $6.21

When was the debt incurred?    **UNKNOWN**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **MEDICAL SERVICES**

---

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |
|---|---|

**5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you**

---

Debtor 1  **Joaquin Estrada**
Debtor 2  **Leticia Estrada**

Case number (*if known*) _____

**have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **ADVANCED RADIOLOGY SERVICES**<br>**PO BOX 776453**<br>**CHICAGO, IL 60677-6453** | Line **4.1** of (*Check one*):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number        **8346** |
| Name and Address<br>**ADVANCED RADIOLOGY SERVICES**<br>**3264 NORTH EVERGREEN DRIVE**<br>**GRAND RAPIDS, MI 49525** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.1** of (*Check one*):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number        **8346** |
| Name and Address<br>**ADVANCED RADIOLOGY SERVICES**<br>**PO BOX 776453**<br>**CHICAGO, IL 60677-6453** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.2** of (*Check one*):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number        **7878** |
| Name and Address<br>**ADVANCED RADIOLOGY SERVICES**<br>**3264 NORTH EVERGREEN DRIVE**<br>**GRAND RAPIDS, MI 49525** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.2** of (*Check one*):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number        **7878** |
| Name and Address<br>**ALLIED BUSINESS GROUP**<br>**ONABS110**<br>**PO BOX 1280**<br>**OAKS, PA 19456-1280** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.3** of (*Check one*):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number        **0906** |
| Name and Address<br>**ALLIED BUSINESS GROUP**<br>**ONABS110**<br>**PO BOX 1280**<br>**OAKS, PA 19456-1280** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.4** of (*Check one*):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number        **0905** |
| Name and Address<br>**ALLIED BUSINESS GROUP**<br>**ONABS110**<br>**PO BOX 1280**<br>**OAKS, PA 19456-1280** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.5** of (*Check one*):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number        **0908** |
| Name and Address<br>**ALLIED BUSINESS GROUP**<br>**ONABS110**<br>**PO BOX 1280**<br>**OAKS, PA 19456-1280** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.6** of (*Check one*):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number        **0907** |
| Name and Address<br>**ALLIED BUSINESS GROUP**<br>**ONABS110**<br>**PO BOX 1280**<br>**OAKS, PA 19456-1280** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.7** of (*Check one*):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number        **1513** |
| Name and Address<br>**ALLIED BUSINESS GROUP**<br>**ONABS110**<br>**PO BOX 1280**<br>**OAKS, PA 19456-1280** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.8** of (*Check one*):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |

Debtor 1    **Joaquin Estrada**
Debtor 2    **Leticia Estrada**

Case number (if known)

Last 4 digits of account number                **1513**

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **ALLIED BUSINESS SERVICES**<br>**400 ALLIED CT**<br>**ZEELAND, MI 49464** | Line **4.9** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number                **2443**

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **ALLIED BUSINESS SERVICES**<br>**400 ALLIED CT**<br>**ZEELAND, MI 49464** | Line **4.3** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number                **0906**

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **ALLIED BUSINESS SERVICES**<br>**400 ALLIED CT**<br>**ZEELAND, MI 49464** | Line **4.4** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number                **0905**

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **ALLIED BUSINESS SERVICES**<br>**400 ALLIED CT**<br>**ZEELAND, MI 49464** | Line **4.5** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number                **0908**

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **ALLIED BUSINESS SERVICES**<br>**400 ALLIED CT**<br>**ZEELAND, MI 49464** | Line **4.6** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number                **0907**

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **ALLIED BUSINESS SERVICES**<br>**400 ALLIED CT**<br>**ZEELAND, MI 49464** | Line **4.10** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number                **2685**

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **ALLIED BUSINESS SERVICES**<br>**400 ALLIED CT**<br>**ZEELAND, MI 49464** | Line **4.7** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number                **1513**

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **ALLIED BUSINESS SERVICES**<br>**400 ALLIED CT**<br>**ZEELAND, MI 49464** | Line **4.8** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number                **1513**

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **ALLIED COLLECTION SERVICE**<br>**PO BOX 1799**<br>**HOLLAND, MI 49422** | Line **4.1** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number                **8346**

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **ALLIED COLLECTION SERVICE**<br>**ONABSI10**<br>**PO BOX 1022**<br>**WIXOM, MI 48393-1022** | Line **4.1** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number                **8346**

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **ALLIED COLLECTION SERVICE**<br>**ONABS110**<br>**PO BOX 1022** | Line **4.10** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor 1  **Joaquin Estrada**

Debtor 2  Leticia Estrada

Case number (if known)

**WIXOM, MI 48393-1022**

| | Last 4 digits of account number | **2685** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| **AMERICOLLECT**<br>**PO BOX 1690**<br>**MANITOWOC, WI 54221-1690** | Line **4.11** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | **5391** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| **AMERICOLLECT**<br>**1851 S ALVERNO RD**<br>**MANITOWOC, WI 54221-1566** | Line **4.11** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | **5391** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| **AMERICOLLECT**<br>**PO BOX 1690**<br>**MANITOWOC, WI 54221-1690** | Line **4.12** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | **391A** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| **AMERICOLLECT**<br>**1851 S ALVERNO RD**<br>**MANITOWOC, WI 54221-1566** | Line **4.12** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | **391A** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| **ATTORNEY GENERAL DANA NESSEL**<br>**ASST ATTY GENERAL MICHAEL HILL**<br>**PO BOX 30754**<br>**LANSING, MI 48909** | Line **2.1** of (Check one): | ■ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | **P503** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| **ERC /ENHANCED RECOVERY CORP**<br>**PO BOX 57547**<br>**JACKSONVILLE, FL 32241** | Line **4.14** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | **3766** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| **FMS SERVICES**<br>**PO BOX 1423**<br>**ELK GROVE VILLAGE, IL 60009-1423** | Line **4.58** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | **3396** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| **FMS SERVICES**<br>**PO BOX 1423**<br>**ELK GROVE VILLAGE, IL 60009-1423** | Line **4.59** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | **3395** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| **GUARDIAN**<br>**GROUP CLAIMS DEPARTMENT**<br>**PO BOX 2459**<br>**SPOKANE, WA 99210-2459** | Line **4.13** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | **1100** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| **HOLLAND HOSPITAL** | Line **4.16** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims |

Debtor 1  **Joaquin Estrada**
Debtor 2  Leticia Estrada

Case number (if known) _____

PO BOX 3475
TOLEDO, OH 43607-0475

☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **5584**

---

Name and Address
**HOLLAND HOSPITAL**
PO BOX 77000
DEPT 77538
DETROIT, MI 48277-0538

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.16** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **5584**

---

Name and Address
**HOLLAND HOSPITAL**
417 BRIDGE ST.
DANVILLE, VA 24541-1403

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.16** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **5584**

---

Name and Address
**HOLLAND HOSPITAL**
PO BOX 140250
TOLEDO, OH 43614

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.16** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **5584**

---

Name and Address
**HOLLAND HOSPITAL**
417 BRIDGE ST.
DANVILLE, VA 24541-1403

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.17** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **9880**

---

Name and Address
**HOLLAND HOSPITAL**
PO BOX 3475
TOLEDO, OH 43607-0475

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.17** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **9880**

---

Name and Address
**HOLLAND HOSPITAL**
PO BOX 77000
DEPT 77538
DETROIT, MI 48277-0538

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.17** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **9880**

---

Name and Address
**HOLLAND HOSPITAL**
PO BOX 140250
TOLEDO, OH 43614

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.17** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **9880**

---

Name and Address
**HOLLAND HOSPITAL**
PO BOX 3475
TOLEDO, OH 43607-0475

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.18** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **6694**

---

Name and Address
**HOLLAND HOSPITAL**
PO BOX 77000
DEPT 77538
DETROIT, MI 48277-0538

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.18** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **6694**

---

Name and Address
**HOLLAND HOSPITAL**
PO BOX 140250
TOLEDO, OH 43614

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.18** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **6694**

---

Debtor 1  **Joaquin Estrada**
Debtor 2  **Leticia Estrada**

Case number (if known) _____

| | |
|---|---|
| Name and Address<br>**HOLLAND HOSPITAL**<br>**417 BRIDGE ST.**<br>**DANVILLE, VA 24541-1403** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.18** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number **6694** |
| Name and Address<br>**HOLLAND HOSPITAL**<br>**417 BRIDGE ST.**<br>**DANVILLE, VA 24541-1403** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.19** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number **7270** |
| Name and Address<br>**HOLLAND HOSPITAL**<br>**PO BOX 3475**<br>**TOLEDO, OH 43607-0475** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.19** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number **7270** |
| Name and Address<br>**HOLLAND HOSPITAL**<br>**PO BOX 77000**<br>**DEPT 77538**<br>**DETROIT, MI 48277-0538** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.19** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number **7270** |
| Name and Address<br>**HOLLAND HOSPITAL**<br>**PO BOX 140250**<br>**TOLEDO, OH 43614** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.19** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number **7270** |
| Name and Address<br>**HOLLAND HOSPITAL**<br>**PO BOX 3475**<br>**TOLEDO, OH 43607-0475** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.20** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number **5874** |
| Name and Address<br>**HOLLAND HOSPITAL**<br>**PO BOX 77000**<br>**DEPT 77538**<br>**DETROIT, MI 48277-0538** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.20** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number **5874** |
| Name and Address<br>**HOLLAND HOSPITAL**<br>**PO BOX 140250**<br>**TOLEDO, OH 43614** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.20** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number **5874** |
| Name and Address<br>**HOLLAND HOSPITAL**<br>**417 BRIDGE ST.**<br>**DANVILLE, VA 24541-1403** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.20** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number **5874** |
| Name and Address<br>**HOLLAND HOSPITAL**<br>**PO BOX 3475**<br>**TOLEDO, OH 43607-0475** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.21** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number **7731** |
| Name and Address<br>**HOLLAND HOSPITAL**<br>**PO BOX 77000**<br>**DEPT 77538** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.21** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor 1  **Joaquin Estrada**

Debtor 2  Leticia Estrada

Case number (*if known*)

| | |
|---|---|
| DETROIT, MI 48277-0538 | |
| Last 4 digits of account number | **7731** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **HOLLAND HOSPITAL**<br>**PO BOX 140250**<br>**TOLEDO, OH 43614** | Line **4.21** of (*Check one*):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | **7731** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **HOLLAND HOSPITAL**<br>**417 BRIDGE ST.**<br>**DANVILLE, VA 24541-1403** | Line **4.21** of (*Check one*):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | **7731** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **HOLLAND HOSPITAL**<br>**PO BOX 3475**<br>**TOLEDO, OH 43607-0475** | Line **4.22** of (*Check one*):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | **9272** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **HOLLAND HOSPITAL**<br>**PO BOX 77000**<br>**DEPT 77538**<br>**DETROIT, MI 48277-0538** | Line **4.22** of (*Check one*):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | **9272** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **HOLLAND HOSPITAL**<br>**PO BOX 140250**<br>**TOLEDO, OH 43614** | Line **4.22** of (*Check one*):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | **9272** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **HOLLAND HOSPITAL**<br>**417 BRIDGE ST.**<br>**DANVILLE, VA 24541-1403** | Line **4.22** of (*Check one*):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | **9272** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **HOLLAND HOSPITAL**<br>**417 BRIDGE ST.**<br>**DANVILLE, VA 24541-1403** | Line **4.23** of (*Check one*):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | **8859** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **HOLLAND HOSPITAL**<br>**PO BOX 3475**<br>**TOLEDO, OH 43607-0475** | Line **4.23** of (*Check one*):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | **8859** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **HOLLAND HOSPITAL**<br>**PO BOX 77000**<br>**DEPT 77538**<br>**DETROIT, MI 48277-0538** | Line **4.23** of (*Check one*):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | **8859** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **HOLLAND HOSPITAL**<br>**PO BOX 140250**<br>**TOLEDO, OH 43614** | Line **4.23** of (*Check one*):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | **8859** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **HOLLAND HOSPITAL** | Line **4.24** of (*Check one*): |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

Debtor 1  **Joaquin Estrada**
Debtor 2  **Leticia Estrada**

Case number (if known) _____

**PO BOX 3475**
**TOLEDO, OH 43607-0475**

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number          **3739**

---

Name and Address
**HOLLAND HOSPITAL**
**PO BOX 77000**
**DEPT 77538**
**DETROIT, MI 48277-0538**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.24** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number          **3739**

---

Name and Address
**HOLLAND HOSPITAL**
**PO BOX 140250**
**TOLEDO, OH 43614**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.24** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number          **3739**

---

Name and Address
**HOLLAND HOSPITAL**
**417 BRIDGE ST.**
**DANVILLE, VA 24541-1403**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.24** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number          **3739**

---

Name and Address
**HOLLAND HOSPITAL**
**PO BOX 3475**
**TOLEDO, OH 43607-0475**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.25** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number          **8235**

---

Name and Address
**HOLLAND HOSPITAL**
**PO BOX 77000**
**DEPT 77538**
**DETROIT, MI 48277-0538**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.25** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number          **8235**

---

Name and Address
**HOLLAND HOSPITAL**
**PO BOX 140250**
**TOLEDO, OH 43614**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.25** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number          **8235**

---

Name and Address
**HOLLAND HOSPITAL**
**417 BRIDGE ST.**
**DANVILLE, VA 24541-1403**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.25** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number          **8235**

---

Name and Address
**HOLLAND HOSPITAL**
**PO BOX 140250**
**TOLEDO, OH 43614**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.26** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number          **0011**

---

Name and Address
**HOLLAND HOSPITAL**
**PO BOX 3475**
**TOLEDO, OH 43607-0475**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.26** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number          **0011**

---

Name and Address
**HOLLAND HOSPITAL**
**PO BOX 77000**
**DEPT 77538**
**DETROIT, MI 48277-0538**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.26** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number          **0011**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1   **Joaquin Estrada**
Debtor 2   **Leticia Estrada**

Case number (if known) _____

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **HOLLAND HOSPITAL**<br>**417 BRIDGE ST.**<br>**DANVILLE, VA 24541-1403** | Line **4.26** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number          **0011** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **HOLLAND HOSPITAL**<br>**PO BOX 3475**<br>**TOLEDO, OH 43607-0475** | Line **4.27** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number          **6038** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **HOLLAND HOSPITAL**<br>**PO BOX 77000**<br>**DEPT 77538**<br>**DETROIT, MI 48277-0538** | Line **4.27** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number          **6038** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **HOLLAND HOSPITAL**<br>**417 BRIDGE ST.**<br>**DANVILLE, VA 24541-1403** | Line **4.27** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number          **6038** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **HOLLAND HOSPITAL**<br>**PO BOX 140250**<br>**TOLEDO, OH 43614** | Line **4.27** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number          **6038** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **HOLLAND HOSPITAL**<br>**PO BOX 3475**<br>**TOLEDO, OH 43607-0475** | Line **4.28** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number          **7335** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **HOLLAND HOSPITAL**<br>**PO BOX 77000**<br>**DEPT 77538**<br>**DETROIT, MI 48277-0538** | Line **4.28** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number          **7335** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **HOLLAND HOSPITAL**<br>**417 BRIDGE ST.**<br>**DANVILLE, VA 24541-1403** | Line **4.28** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number          **7335** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **HOLLAND HOSPITAL**<br>**PO BOX 140250**<br>**TOLEDO, OH 43614** | Line **4.28** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number          **7335** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **HOLLAND HOSPITAL**<br>**PO BOX 140250**<br>**TOLEDO, OH 43614** | Line **4.29** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number          **4603** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **HOLLAND HOSPITAL**<br>**PO BOX 3475**<br>**TOLEDO, OH 43607-0475** | Line **4.29** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor 1  **Joaquin Estrada**
Debtor 2  **Leticia Estrada**

Case number (*if known*) _____

| | Last 4 digits of account number | **4603** |
|---|---|---|

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **HOLLAND HOSPITAL**<br>**PO BOX 77000**<br>**DEPT 77538**<br>**DETROIT, MI 48277-0538** | Line **4.29** of (*Check one*):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number **4603** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **HOLLAND HOSPITAL**<br>**417 BRIDGE ST.**<br>**DANVILLE, VA 24541-1403** | Line **4.29** of (*Check one*):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number **4603** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **HOLLAND HOSPITAL**<br>**PO BOX 3475**<br>**TOLEDO, OH 43607-0475** | Line **4.30** of (*Check one*):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number **4458** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **HOLLAND HOSPITAL**<br>**PO BOX 140250**<br>**TOLEDO, OH 43614** | Line **4.30** of (*Check one*):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number **4458** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **HOLLAND HOSPITAL**<br>**PO BOX 77000**<br>**DEPT 77538**<br>**DETROIT, MI 48277-0538** | Line **4.30** of (*Check one*):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number **4458** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **HOLLAND HOSPITAL**<br>**417 BRIDGE ST.**<br>**DANVILLE, VA 24541-1403** | Line **4.30** of (*Check one*):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number **4458** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **HOLLAND HOSPITAL**<br>**PO BOX 140250**<br>**TOLEDO, OH 43614** | Line **4.31** of (*Check one*):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number **2959** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **HOLLAND HOSPITAL**<br>**417 BRIDGE ST.**<br>**DANVILLE, VA 24541-1403** | Line **4.31** of (*Check one*):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number **2959** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **HOLLAND HOSPITAL**<br>**PO BOX 3475**<br>**TOLEDO, OH 43607-0475** | Line **4.31** of (*Check one*):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number **2959** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **HOLLAND HOSPITAL**<br>**PO BOX 77000**<br>**DEPT 77538**<br>**DETROIT, MI 48277-0538** | Line **4.31** of (*Check one*):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number **2959** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **HOLLAND HOSPITAL** | Line **4.32** of (*Check one*): |

Debtor 1 **Joaquin Estrada**
Debtor 2 **Leticia Estrada**

Case number (if known) _____

**417 BRIDGE ST.**
**DANVILLE, VA 24541-1403**

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number **2721**

| Name and Address | |
|---|---|
| **HOLLAND HOSPITAL**<br>**PO BOX 140250**<br>**TOLEDO, OH 43614** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.32** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number  **2721** |
| **HOLLAND HOSPITAL**<br>**PO BOX 77000**<br>**DEPT 77538**<br>**DETROIT, MI 48277-0538** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.32** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number  **2721** |
| **HOLLAND HOSPITAL**<br>**PO BOX 3475**<br>**TOLEDO, OH 43607-0475** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.32** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number  **2721** |
| **HOLLAND HOSPITAL**<br>**PO BOX 77000**<br>**DEPT 77538**<br>**DETROIT, MI 48277-0538** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.33** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number  **8741** |
| **HOLLAND HOSPITAL**<br>**PO BOX 3475**<br>**TOLEDO, OH 43607-0475** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.33** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number  **8741** |
| **HOLLAND HOSPITAL**<br>**PO BOX 140250**<br>**TOLEDO, OH 43614** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.33** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number  **8741** |
| **HOLLAND HOSPITAL**<br>**417 BRIDGE ST.**<br>**DANVILLE, VA 24541-1403** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.33** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number  **8741** |
| **HOLLAND HOSPITAL**<br>**PO BOX 140250**<br>**TOLEDO, OH 43614** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.34** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number  **9133** |
| **HOLLAND HOSPITAL**<br>**PO BOX 3475**<br>**TOLEDO, OH 43607-0475** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.34** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number  **9133** |
| **HOLLAND HOSPITAL**<br>**PO BOX 77000**<br>**DEPT 77538**<br>**DETROIT, MI 48277-0538** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.34** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number  **9133** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **Joaquin Estrada** | |
|---|---|---|
| Debtor 2 | **Leticia Estrada** | Case number (*if known*) |

---

| Name and Address<br>**HOLLAND HOSPITAL**<br>**417 BRIDGE ST.**<br>**DANVILLE, VA 24541-1403** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.34** of (*Check one*):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
|---|---|
| | Last 4 digits of account number          **9133** |

| Name and Address<br>**INTERNAL REVENUE SERVICE**<br>**ACS SUPPORT - STOP 5050**<br>**PO BOX 219236**<br>**KANSAS CITY, MO 64121-9236** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **2.1** of (*Check one*):<br>■ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
|---|---|
| | Last 4 digits of account number          **P503** |

| Name and Address<br>**KOHLS /CAPITAL ONE**<br>**PO BOX 2983**<br>**MILWAUKEE, WI 53201-2983** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.35** of (*Check one*):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
|---|---|
| | Last 4 digits of account number          **2883** |

| Name and Address<br>**KOHLS /CAPITAL ONE**<br>**PO BOX 3115**<br>**MILWAUKEE, WI 53201-3115** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.35** of (*Check one*):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
|---|---|
| | Last 4 digits of account number          **2883** |

| Name and Address<br>**KOHLS /CAPITAL ONE**<br>**N56 W 17000 RIDGEWOOD DR**<br>**MENOMONEE FALLS, WI 53051** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.35** of (*Check one*):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
|---|---|
| | Last 4 digits of account number          **2883** |

| Name and Address<br>**LABCORP OF AMERICA HOLDINGS**<br>**6370 WILCOX ROAD**<br>**DUBLIN, OH 43016** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.36** of (*Check one*):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
|---|---|
| | Last 4 digits of account number          **3760** |

| Name and Address<br>**LABCORP OF AMERICA HOLDINGS**<br>**6370 WILCOX ROAD**<br>**DUBLIN, OH 43016** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.37** of (*Check one*):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
|---|---|
| | Last 4 digits of account number          **9310** |

| Name and Address<br>**MIDLAND CREDIT MANAGEMENT INC**<br>**PO BOX 301030**<br>**LOS ANGELES, CA 90030-1030** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.39** of (*Check one*):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
|---|---|
| | Last 4 digits of account number          **6722** |

| Name and Address<br>**MIDLAND CREDIT MANAGEMENT INC**<br>**ATTN: CONSUMER SUPPORT SERVICE**<br>**320 E BIG BEAVER RD.**<br>**SUITE 300**<br>**TROY, MI 48083** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.39** of (*Check one*):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
|---|---|
| | Last 4 digits of account number          **6722** |

| Name and Address<br>**MIDLAND CREDIT MANAGEMENT INC**<br>**PO BOX 301030**<br>**LOS ANGELES, CA 90030-1030** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.40** of (*Check one*):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
|---|---|
| | Last 4 digits of account number |

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor 1  **Joaquin Estrada**
Debtor 2  **Leticia Estrada**

Case number (if known)

**4462**

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
| --- | --- | --- |
| **MIDLAND CREDIT MANAGEMENT INC** **ATTN: CONSUMER SUPPORT SERVICE** **320 E BIG BEAVER RD.** **SUITE 300** **TROY, MI 48083** | Line **4.40** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | **4462** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
| --- | --- | --- |
| **MONEY RECOVERY NATIONWIDE** **ONNWID02** **PO BOX 1022** **WIXOM, MI 48393-1022** | Line **4.41** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | **8741** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
| --- | --- | --- |
| **MONEY RECOVERY NATIONWIDE** **PO BOX 13129** **LANSING, MI 48901-3129** | Line **4.41** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | **8741** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
| --- | --- | --- |
| **MONEY RECOVERY NATIONWIDE** **PO BOX 13129** **LANSING, MI 48901-3129** | Line **4.42** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | **6571** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
| --- | --- | --- |
| **MONEY RECOVERY NATIONWIDE** **ONNWID02** **PO BOX 1022** **WIXOM, MI 48393-1022** | Line **4.42** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | **6571** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
| --- | --- | --- |
| **MONEY RECOVERY NATIONWIDE** **PO BOX 13129** **LANSING, MI 48901-3129** | Line **4.43** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | **9880** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
| --- | --- | --- |
| **MONEY RECOVERY NATIONWIDE** **ONNWID02** **PO BOX 1022** **WIXOM, MI 48393-1022** | Line **4.43** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | **9880** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
| --- | --- | --- |
| **RECEIVABLES MGMT PRTNRS (RMP)** **8155 EXECUTIVE COURT** **LANSING, MI 48917** | Line **4.44** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | **8078** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
| --- | --- | --- |
| **RECEIVABLES MGMT PRTNRS (RMP)** **8155 EXECUTIVE COURT** **STE 10** **LANSING, MI 48917** | Line **4.44** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | **8078** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **Joaquin Estrada**
Debtor 2    **Leticia Estrada**

Case number (if known)

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **RECEIVABLES MGMT PRTNRS (RMP)** **8155 EXECUTIVE COURT** **STE 10** **LANSING, MI 48917** | Line **4.45** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number        6600 |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **RECEIVABLES MGMT PRTNRS (RMP)** **8155 EXECUTIVE COURT** **LANSING, MI 48917** | Line **4.45** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number        6600 |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **RECEIVABLES MGMT PRTNRS (RMP)** **8155 EXECUTIVE COURT** **LANSING, MI 48917** | Line **4.46** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number        3248 |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **RECEIVABLES MGMT PRTNRS (RMP)** **8155 EXECUTIVE COURT** **STE 10** **LANSING, MI 48917** | Line **4.46** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number        3248 |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **RMP SERVICES** **PO BOX 13129** **LANSING, MI 48901-3129** | Line **4.47** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number        3248 |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **RMP SERVICES** **ONNWID02** **PO BOX 1280** **OAKS, PA 19456-1280** | Line **4.47** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number        3248 |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **RMP SERVICES** **ONNWID02** **PO BOX 1280** **OAKS, PA 19456-1280** | Line **4.48** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number        1933 |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **RMP SERVICES** **PO BOX 13129** **LANSING, MI 48901-3129** | Line **4.48** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number        1933 |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **RMP SERVICES** **PO BOX 13129** **LANSING, MI 48901-3129** | Line **4.49** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number        3173 |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **RMP SERVICES** **ONNWID02** **PO BOX 1280** | Line **4.49** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ■ Part 2: Creditors with Nonpriority Unsecured Claims |

Debtor 1  **Joaquin Estrada**
Debtor 2  **Leticia Estrada**

Case number (*if known*) _____

| | |
|---|---|
| **OAKS, PA 19456-1280** | |
| Last 4 digits of account number | **3173** |

| | |
|---|---|
| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| **RMP SERVICES** | Line **4.50** of (*Check one*): |
| **ONNWID02** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **PO BOX 1280** | ☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| **OAKS, PA 19456-1280** | |
| Last 4 digits of account number | **5815** |

| | |
|---|---|
| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| **RMP SERVICES** | Line **4.50** of (*Check one*): |
| **PO BOX 13129** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **LANSING, MI 48901-3129** | ☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | **5815** |

| | |
|---|---|
| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| **SPECTRUM HEALTH** | Line **4.51** of (*Check one*): |
| **100 MICHIGAN** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **GRAND RAPIDS, MI 49503** | ☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | **6285** |

| | |
|---|---|
| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| **SPECTRUM HEALTH** | Line **4.51** of (*Check one*): |
| **PO BOX 88013** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **CHICAGO, IL 60680-1013** | ☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | **6285** |

| | |
|---|---|
| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| **SPECTRUM HEALTH** | Line **4.52** of (*Check one*): |
| **PO BOX 88013** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **CHICAGO, IL 60680-1013** | ☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | **6281** |

| | |
|---|---|
| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| **SPECTRUM HEALTH** | Line **4.52** of (*Check one*): |
| **100 MICHIGAN** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **GRAND RAPIDS, MI 49503** | ☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | **6281** |

| | |
|---|---|
| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| **SPECTRUM HEALTH** | Line **4.53** of (*Check one*): |
| **100 MICHIGAN** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **GRAND RAPIDS, MI 49503** | ☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | **6285** |

| | |
|---|---|
| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| **SPECTRUM HEALTH** | Line **4.53** of (*Check one*): |
| **PO BOX 88013** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **CHICAGO, IL 60680-1013** | ☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | **6285** |

| | |
|---|---|
| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| **SPECTRUM HEALTH** | Line **4.54** of (*Check one*): |
| **PO BOX 88013** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **CHICAGO, IL 60680-1013** | ☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | **5155** |

| | |
|---|---|
| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| **SPECTRUM HEALTH** | Line **4.54** of (*Check one*): |
| **100 MICHIGAN** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **GRAND RAPIDS, MI 49503** | ☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | **5155** |

| | |
|---|---|
| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| **SPECTRUM HEALTH** | Line **4.55** of (*Check one*): |
| **100 MICHIGAN** | ☐ Part 1: Creditors with Priority Unsecured Claims |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1  **Joaquin Estrada**
Debtor 2  Leticia Estrada

Case number (if known)

**GRAND RAPIDS, MI 49503**

☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number          **5155**

---

Name and Address
**SPECTRUM HEALTH**
**PO BOX 88013**
**CHICAGO, IL 60680-1013**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.55** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number          **5155**

---

Name and Address
**SPECTRUM HEALTH**
**100 MICHIGAN**
**GRAND RAPIDS, MI 49503**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.56** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number          **5155**

---

Name and Address
**SPECTRUM HEALTH**
**PO BOX 88013**
**CHICAGO, IL 60680-1013**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.56** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number          **5155**

---

Name and Address
**SPECTRUM HEALTH**
**100 MICHIGAN**
**GRAND RAPIDS, MI 49503**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.57** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number          **6852**

---

Name and Address
**U.S. DEPARTMENT OF EDUCATION**
**NATIONAL PAYMENT CENTER**
**PO BOX 105081**
**ATLANTA, GA 30348-5081**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.58** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number          **3396**

---

Name and Address
**U.S. DEPARTMENT OF EDUCATION**
**PO BOX 5609**
**GREENVILLE, TX 75403-5609**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.58** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number          **3396**

---

Name and Address
**U.S. DEPARTMENT OF EDUCATION**
**61 FORSYTH ST SW STE**
**ATLANTA, GA 30303**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.58** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number          **3396**

---

Name and Address
**U.S. DEPARTMENT OF EDUCATION**
**3130 FAIRVIEW PARK DRIVE**
**SUITE 800**
**CHESAPEAKE, VA 23323**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.58** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number          **3396**

---

Name and Address
**U.S. DEPARTMENT OF EDUCATION**
**NATIONAL PAYMENT CENTER**
**PO BOX 105028**
**ATLANTA, GA 30348-5028**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.58** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number          **3396**

---

Name and Address
**U.S. DEPARTMENT OF EDUCATION**
**NATIONAL PAYMENT CENTER**
**PO BOX 790336**
**SAINT LOUIS, MO 63179-0336**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.58** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number          **3396**

---

Debtor 1  **Joaquin Estrada**

Debtor 2  **Leticia Estrada**

Case number (if known) _____

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **U.S. DEPARTMENT OF EDUCATION**<br>**PO BOX 4222**<br>**IOWA CITY, IA 52244** | Line **4.58** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number          **3396** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **U.S. DEPARTMENT OF EDUCATION**<br>**PO BOX 4222**<br>**IOWA CITY, IA 52244** | Line **4.59** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number          **3395** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **U.S. DEPARTMENT OF EDUCATION**<br>**PO BOX 5609**<br>**GREENVILLE, TX 75403-5609** | Line **4.59** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number          **3395** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **U.S. DEPARTMENT OF EDUCATION**<br>**NATIONAL PAYMENT CENTER**<br>**PO BOX 790336**<br>**SAINT LOUIS, MO 63179-0336** | Line **4.59** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number          **3395** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **U.S. DEPARTMENT OF EDUCATION**<br>**61 FORSYTH ST SW STE**<br>**ATLANTA, GA 30303** | Line **4.59** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number          **3395** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **U.S. DEPARTMENT OF EDUCATION**<br>**NATIONAL PAYMENT CENTER**<br>**PO BOX 105081**<br>**ATLANTA, GA 30348-5081** | Line **4.59** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number          **3395** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **U.S. DEPARTMENT OF EDUCATION**<br>**NATIONAL PAYMENT CENTER**<br>**PO BOX 105028**<br>**ATLANTA, GA 30348-5028** | Line **4.59** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number          **3395** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **U.S. DEPARTMENT OF EDUCATION**<br>**3130 FAIRVIEW PARK DRIVE**<br>**SUITE 800**<br>**CHESAPEAKE, VA 23323** | Line **4.59** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number          **3395** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **US ATTORNEY'S OFFICE**<br>**WESTERN DISTRICT OF MICHIGAN**<br>**BANKRUPTCY SECTION**<br>**PO BOX 208**<br>**GRAND RAPIDS, MI 49501-0208** | Line **2.1** of (Check one):<br>☒ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number          **P503** |

**Part 4:**    Add the Amounts for Each Type of Unsecured Claim

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

Total Claim

Debtor 1  **Joaquin Estrada**
Debtor 2  **Leticia Estrada**

Case number (if known) _____

| | | | | | |
|---|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ | **0.00** |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ | **1,010.86** |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ | **0.00** |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ | **0.00** |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ | **1,010.86** |

| | | | | | Total Claim |
|---|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ | **4,838.00** |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ | **0.00** |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ | **0.00** |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ | **6,816.90** |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ | **11,654.90** |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Joaquin Estrada** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Leticia Estrada** |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF MICHIGAN |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases
12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**

■ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| **2.1** <br> Name <br><br> Number      Street <br><br> City            State       ZIP Code | |
| **2.2** <br> Name <br><br> Number      Street <br><br> City            State       ZIP Code | |
| **2.3** <br> Name <br><br> Number      Street <br><br> City            State       ZIP Code | |
| **2.4** <br> Name <br><br> Number      Street <br><br> City            State       ZIP Code | |
| **2.5** <br> Name <br><br> Number      Street <br><br> City            State       ZIP Code | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Joaquin Estrada** |
| | First Name                Middle Name                Last Name |
| Debtor 2 | **Leticia Estrada** |
| (Spouse if, filing) | First Name                Middle Name                Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF MICHIGAN |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 106H
## Schedule H: Your Codebtors                                    12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.

■ No
☐ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| *Column 1:* **Your codebtor** <br> Name, Number, Street, City, State and ZIP Code | *Column 2:* **The creditor to whom you owe the debt** <br> Check all schedules that apply: |
|---|---|
| **3.1** <br> Name <br><br> Number  Street <br> City                State                ZIP Code | ☐ Schedule D, line _____ <br> ☐ Schedule E/F, line _____ <br> ☐ Schedule G, line _____ |
| **3.2** <br> Name <br><br> Number  Street <br> City                State                ZIP Code | ☐ Schedule D, line _____ <br> ☐ Schedule E/F, line _____ <br> ☐ Schedule G, line _____ |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Joaquin Estrada** |
| Debtor 2 (Spouse, if filing) | **Leticia Estrada** |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF MICHIGAN |
| Case number (If known) | |

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

Official Form 106I

# Schedule I: Your Income                                                         12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Employment status | ■ Employed<br>☐ Not employed | ■ Employed<br>☐ Not employed |
| | Occupation | **LEAD PERSON** | **LEAD PERSON** |
| | Employer's name | **KRAFT HEINZ FOODS COMPANY** | **BOAR'S HEAD PROVISION CO. INC** |
| | Employer's address | **1000 ERICSSON DRIVE WARRENDALE, PA 15086** | **1819 MAIN ST. SUITE 800 SARASOTA, FL 34236** |
| | How long employed there? | 25 YEARS | 17 YEARS |

## Part 2:   Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 5,113.00 | $ 4,189.00 |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$ 0.00 | +$ 0.00 |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. | $ 5,113.00 | $ 4,189.00 |

Debtor 1    **Joaquin Estrada**
Debtor 2    **Leticia Estrada**

Case number (*if known*) _____

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **Copy line 4 here** | 4. | $ 5,113.00 | $ 4,189.00 |

5. **List all payroll deductions:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $ 986.00 | $ 736.00 |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ 0.00 |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $ 153.00 | $ 242.00 |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ 443.00 |
| 5e. | **Insurance** | 5e. | $ 68.00 | $ 374.00 |
| 5f. | **Domestic support obligations** | 5f. | $ 0.00 | $ 0.00 |
| 5g. | **Union dues** | 5g. | $ 38.00 | $ 0.00 |
| 5h. | **Other deductions.** Specify: **US LEGAL GROUP, MISC. FOOD/MERCH. PURCHASES** | 5h.+ | $ 14.00 | + $ 32.00 |
| 6. | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ 1,259.00 | $ 1,827.00 |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 3,854.00 | $ 2,362.00 |

8. **List all other income regularly received:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ 0.00 |
| 8b. | **Interest and dividends** | 8b. | $ 0.00 | $ 0.00 |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. | **Unemployment compensation** | 8d. | $ 0.00 | $ 0.00 |
| 8e. | **Social Security** | 8e. | $ 0.00 | $ 0.00 |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $ 0.00 | $ 0.00 |
| 8g. | **Pension or retirement income** | 8g. | $ 0.00 | $ 0.00 |
| 8h. | **Other monthly income.** Specify: | 8h.+ | $ 0.00 | + $ 0.00 |

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 9. | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ 0.00 | $ 0.00 |
| 10. | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 3,854.00 + $ 2,362.00 | = $ 6,216.00 |

11. **State all other regular contributions to the expenses that you list in** *Schedule J.*
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____    11. + $ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies    12. $ 6,216.00

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
☑ No.
☐ Yes. Explain: _____

Fill in this information to identify your case:

Debtor 1     **Joaquin Estrada**

Debtor 2     **Leticia Estrada**
(Spouse, if filing)

United States Bankruptcy Court for the:    WESTERN DISTRICT OF MICHIGAN

Case number
(If known)

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses                                                              12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Your Household

1.  **Is this a joint case?**

    ☐ No. Go to line 2.
    ■ Yes. **Does Debtor 2 live in a separate household?**

        ■ No
        ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2.  **Do you have dependents?**    ☐ No

    Do not list Debtor 1 and    ■ Yes.    Fill out this information for
    Debtor 2.                               each dependent..............

    Do not state the
    dependents names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Daughter | 21 | ☐ No  ■ Yes |
| Daughter | 24 | ☐ No  ■ Yes |
|  |  | ☐ No  ☐ Yes |
|  |  | ☐ No  ☐ Yes |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**    ■ No    ☐ Yes

## Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | Your expenses |
|---|---|

4.  **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.    4. $ _____ 0.00

    If not included in line 4:

    4a.    Real estate taxes                                              4a. $ _____ 0.00
    4b.    Property, homeowner's, or renter's insurance                  4b. $ _____ 80.00
    4c.    Home maintenance, repair, and upkeep expenses                 4c. $ _____ 150.00
    4d.    Homeowner's association or condominium dues                   4d. $ _____ 0.00

5.  **Additional mortgage payments for your residence,** such as home equity loans    5. $ _____ 0.00

Debtor 1  **Joaquin Estrada**
Debtor 2  **Leticia Estrada**                                   Case number (if known) _____

| | | | |
|---|---|---|---|
| 6. | **Utilities:** | | |
| | 6a. Electricity, heat, natural gas | 6a. $ | 450.00 |
| | 6b. Water, sewer, garbage collection | 6b. $ | 160.00 |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 250.00 |
| | 6d. Other. Specify: | 6d. $ | 0.00 |
| 7. | **Food and housekeeping supplies** | 7. $ | 1,200.00 |
| 8. | **Childcare and children's education costs** | 8. $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. $ | 120.00 |
| 10. | **Personal care products and services** | 10. $ | 120.00 |
| 11. | **Medical and dental expenses** | 11. $ | 180.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. $ | 580.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $ | 120.00 |
| 14. | **Charitable contributions and religious donations** | 14. $ | 215.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. Life insurance | 15a. $ | 0.00 |
| | 15b. Health insurance | 15b. $ | 0.00 |
| | 15c. Vehicle insurance | 15c. $ | 380.00 |
| | 15d. Other insurance. Specify: | 15d. $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. $ | 0.00 |
| 17. | **Installment or lease payments:** | | |
| | 17a. Car payments for Vehicle 1 | 17a. $ | 148.00 |
| | 17b. Car payments for Vehicle 2 | 17b. $ | 0.00 |
| | 17c. Other. Specify: | 17c. $ | 0.00 |
| | 17d. Other. Specify: | 17d. $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. $ | 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | |
| | 20a. Mortgages on other property | 20a. $ | 0.00 |
| | 20b. Real estate taxes | 20b. $ | 0.00 |
| | 20c. Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| | 20e. Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | **Other:** Specify: | 21. +$ | 0.00 |

| | | | |
|---|---|---|---|
| 22. | **Calculate your monthly expenses** | | |
| | 22a. Add lines 4 through 21. | $ | 4,153.00 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| | 22c. Add line 22a and 22b. The result is your monthly expenses. | $ | 4,153.00 |
| 23. | **Calculate your monthly net income.** | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | 6,216.00 |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. -$ | 4,153.00 |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. $ | 2,063.00 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☐ No.
☐ Yes.      Explain here:

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Joaquin Estrada** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Leticia Estrada** |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF MICHIGAN |
| Case number (if known) | |

☐ Check if this is an
amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules
12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____   Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

| X **/s/ Joaquin Estrada** | X **/s/ Leticia Estrada** |
|---|---|
| **Joaquin Estrada** | **Leticia Estrada** |
| Signature of Debtor 1 | Signature of Debtor 2 |
| Date **November 29, 2019** | Date **November 29, 2019** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Joaquin Estrada** |
| | First Name           Middle Name           Last Name |
| Debtor 2 | **Leticia Estrada** |
| (Spouse if, filing) | First Name            Middle Name           Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF MICHIGAN |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy           4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:  Give Details About Your Marital Status and Where You Lived Before

1. **What is your current marital status?**

   ☑ Married
   ☐ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**

   ☑ No
   ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | | |

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

   ☑ No
   ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2   Explain the Sources of Your Income

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

   ☐ No
   ☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☑ Wages, commissions, bonuses, tips | $38,939.00 | ☑ Wages, commissions, bonuses, tips | $31,903.00 |
| | ☐ Operating a business | | ☐ Operating a business | |

Debtor 1 **Joaquin Estrada**

Debtor 2 **Leticia Estrada**

Case number (*if known*) _____

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **For last calendar year:**<br>(January 1 to December 31, 2018 ) | ■ Wages, commissions, bonuses, tips<br>□ Operating a business | $50,073.00 | ■ Wages, commissions, bonuses, tips<br>□ Operating a business | $45,763.00 |
| **For the calendar year before that:**<br>(January 1 to December 31, 2017 ) | ■ Wages, commissions, bonuses, tips<br>□ Operating a business | $68,566.00 | ■ Wages, commissions, bonuses, tips<br>□ Operating a business | $42,846.00 |

5.  **Did you receive any other income during this year or the two previous calendar years?**
    Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

    List each source and the gross income from each source separately. Do not include income that you listed in line 4.

    □ No
    ■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | | $0.00 | DEBT FORGIVENESS | $2,523.00 |
| **For last calendar year:**<br>(January 1 to December 31, 2018 ) | | $0.00 | DEBT FORGIVENESS | $2,523.00 |
| **For the calendar year before that:**<br>(January 1 to December 31, 2017 ) | | $0.00 | DEBT FORGIVENESS | $634.00 |

**Part 3:   List Certain Payments You Made Before You Filed for Bankruptcy**

6.  **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**
    □ No.  **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

    During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?
    □ No.   Go to line 7.
    □ Yes   List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
    * Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

    ■ Yes.  **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
    During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

    ■ No.   Go to line 7.
    □ Yes   List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

| Debtor 1 | Joaquin Estrada | | |
|---|---|---|---|
| Debtor 2 | Leticia Estrada | Case number *(if known)* | |

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**

*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☐ No

■ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| **JULIA ESTRADA<br>125 DEPOT LANE<br>HOLLAND, MI 49424** | **MONTHLY** | **$148.00** | **$1,500.00** | **PERSONAL AUTO LOAN** |

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**

Include payments on debts guaranteed or cosigned by an insider.

■ No

☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|

**Part 4:   Identify Legal Actions, Repossessions, and Foreclosures**

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**

List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No

■ Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Bureaus Investment Group Portf vs<br>JOAQUIN ESTRADA<br>1216582GC** | **CIVIL JUDGMENT** | **58TH DISTRICT COURT<br>HOLLAND** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| | | | **- 2,497.00** |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**

Check all that apply and fill in the details below.

☐ No. Go to line 11.

■ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|
| **CAPITAL ONE AUTO FINANCE<br>ATTN: BANKRUPTCY<br>PO BOX 30285<br>SALT LAKE CITY, UT 84130** | **2015 NISSAN ALTIMA UNKOWN miles<br>VIN: 1N4AL3APXFC123410 (JT)<br>VEHICLE HAS BEEN REPOSSESSED AND<br>SOLD** | **2019** | **$12,000.00** |
| | ■ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized or levied. | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Joaquin Estrada** | | |
|---|---|---|---|
| Debtor 2 | **Leticia Estrada** | Case number *(if known)* | |

**11.** **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

■ No
☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

**12.** **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

■ No
☐ Yes

<table><tr><td>Part 5:</td><td>List Certain Gifts and Contributions</td></tr></table>

**13.** **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

■ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|

**14.** **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☐ No
■ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|
| **ST. FRANCIS DE SALES CATHOLIC CHURCH**<br>**171 W. 13TH STREET**<br>**HOLLAND, MI 49423** | **CASH** | **VARIOUS** | **Unknown** |

<table><tr><td>Part 6:</td><td>List Certain Losses</td></tr></table>

**15.** **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

■ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|

<table><tr><td>Part 7:</td><td>List Certain Payments or Transfers</td></tr></table>

**16.** **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
■ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

Debtor 1    **Joaquin Estrada**
Debtor 2    **Leticia Estrada**

Case number *(if known)*

| Person Who Was Paid Address Email or website address Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **MARTIN L. ROGALSKI, P.C. 1881 GEORGETOWN CENTER DRIVE JENISON, MI 49428 court@mrogalski.com** | **ATTORNEY FEES & COSTS** | **09/03/2019** | **$1,800.00** |
| **GREENPATH DEBT SOLUTIONS 1241 E BELTLINE AVENUE GRAND RAPIDS, MI 49525 www.GreenPathBK.org** | **PRE-BANKRUPTCY CREDIT COUNSELING** | **09/18/2019** | **$25.00** |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

■ No
☐ Yes. Fill in the details.

| Person Who Was Paid Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

■ No
☐ Yes. Fill in the details.

| Person Who Received Transfer Address Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

■ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

**Part 8:**    **List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units**

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

■ **No**
☐ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

| Debtor 1 | **Joaquin Estrada** | |
|---|---|---|
| Debtor 2 | **Leticia Estrada** | Case number *(if known)* |

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

■ **No**
□ **Yes. Fill in the details.**

| Name of Financial Institution<br>**Address** (Number, Street, City, State and ZIP Code) | **Who else had access to it?**<br>**Address** (Number, Street, City, State and ZIP Code) | **Describe the contents** | **Do you still have it?** |
|---|---|---|---|
| | | | |

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

■ **No**
□ **Yes. Fill in the details.**

| Name of Storage Facility<br>**Address** (Number, Street, City, State and ZIP Code) | **Who else has or had access to it?**<br>**Address** (Number, Street, City, State and ZIP Code) | **Describe the contents** | **Do you still have it?** |
|---|---|---|---|
| | | | |

**Part 9:**  Identify Property You Hold or Control for Someone Else

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

■ **No**
□ **Yes.  Fill in the details.**

| Owner's Name<br>**Address** (Number, Street, City, State and ZIP Code) | **Where is the property?**<br>(Number, Street, City, State and ZIP Code) | **Describe the property** | **Value** |
|---|---|---|---|
| | | | |

**Part 10:**  Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.
■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.
■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

■ **No**
□ **Yes. Fill in the details.**

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | **Governmental unit**<br>**Address** (Number, Street, City, State and ZIP Code) | **Environmental law, if you know it** | **Date of notice** |
|---|---|---|---|
| | | | |

25. **Have you notified any governmental unit of any release of hazardous material?**

■ **No**
□ **Yes. Fill in the details.**

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | **Governmental unit**<br>**Address** (Number, Street, City, State and ZIP Code) | **Environmental law, if you know it** | **Date of notice** |
|---|---|---|---|
| | | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Joaquin Estrada** | |
|---|---|---|
| Debtor 2 | **Leticia Estrada** | Case number *(if known)* |

**26.    Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■  No
☐  Yes. Fill in the details.

| Case Title<br>Case Number | Court or agency<br>Name<br>Address (Number, Street, City,<br>State and ZIP Code) | Nature of the case | Status of the<br>case |
|---|---|---|---|
| | | | |

**Part 11:    Give Details About Your Business or Connections to Any Business**

**27.    Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

■ No. None of the above applies.  Go to Part 12.

☐ Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

**28.    Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

■  No
☐  Yes. Fill in the details below.

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| | |

| Debtor 1 | **Joaquin Estrada** | | |
|---|---|---|---|
| Debtor 2 | **Leticia Estrada** | | Case number *(if known)* |

---

**Part 12:**  Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

| /s/ Joaquin Estrada | /s/ Leticia Estrada |
|---|---|
| **Joaquin Estrada** | **Leticia Estrada** |
| **Signature of Debtor 1** | **Signature of Debtor 2** |
| Date   **November 29, 2019** | Date   **November 29, 2019** |

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

■ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Joaquin Estrada |
| Debtor 2 (Spouse, if filing) | Leticia Estrada |
| United States Bankruptcy Court for the: | Western District of Michigan |
| Case number (if known) | |

**Check as directed in lines 17 and 21:**

According to the calculations required by this Statement:

☐ 1. Disposable income is not determined under 11 U.S.C. § 1325(b)(3).

☑ 2. Disposable income is determined under 11 U.S.C. § 1325(b)(3).

☐ 3. The commitment period is 3 years.

☑ 4. The commitment period is 5 years.

☐ Check if this is an amended filing

## Official Form 122C-1
## Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period
**10/19**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known).

| Part 1: | Calculate Your Average Monthly Income |
|---|---|

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married.** Fill out Column A, lines 2-11.

   ☑ **Married.** Fill out both Columns A and B, lines 2-11.

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | | Column A Debtor 1 | Column B Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ 4,571.82 | $ 4,295.20 |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ 0.00 | $ 0.00 |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Do not include payments from a spouse. Do not include payments you listed on line 3. | $ 0.00 | $ 0.00 |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | | |
|---|---|---|---|
| Gross receipts (before all deductions) | $ 0.00 | | |
| Ordinary and necessary operating expenses | -$ 0.00 | | |
| Net monthly income from a business, profession, or farm | $ 0.00 | Copy here -> $ 0.00 | $ 0.00 |

6. **Net income from rental and other real property**

| | Debtor 1 | | |
|---|---|---|---|
| Gross receipts (before all deductions) | $ 0.00 | | |
| Ordinary and necessary operating expenses | -$ 0.00 | | |
| Net monthly income from rental or other real property | $ 0.00 | Copy here -> $ 0.00 | $ 0.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1 **Joaquin Estrada**
Debtor 2 Leticia Estrada

Case number (*if known*) _____

| | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|
| 7. **Interest, dividends, and royalties** | $ 0.00 | $ 0.00 |
| 8. **Unemployment compensation** | $ 0.00 | $ 0.00 |

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here:

| For you | $ 0.00 |
| For your spouse | $ 0.00 |

9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title.

$ 0.00     $ 0.00

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below.

| | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| Total amounts from separate pages, if any. | + $ 0.00 | $ 0.00 |

11. **Calculate your total average monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.

$ 4,571.82 + $ 4,295.20 = $ 8,867.02

**Total average monthly income**

| **Part 2:** | **Determine How to Measure Your Deductions from Income** |

12. **Copy your total average monthly income from line 11.** ............................................................ $ 8,867.02

13. **Calculate the marital adjustment.** Check one:

☐ You are not married. Fill in 0 below.

■ You are married and your spouse is filing with you. Fill in 0 below.

☐ You are married and your spouse is not filing with you.

Fill in the amount of the income listed in line 11, Column B, that was NOT regularly paid for the household expenses of you or your dependents, such as payment of the spouse's tax liability or the spouse's support of someone other than you or your dependents.

Below, specify the basis for excluding this income and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page.

If this adjustment does not apply, enter 0 below.

| | $ |
| | $ |
| | + $ |
| Total | $ 0.00 | Copy here=> | - 0.00 |

14. **Your current monthly income.** Subtract line 13 from line 12.

$ 8,867.02

15. **Calculate your current monthly income for the year.** Follow these steps:

15a. Copy line 14 here=> ....................................................................................................... $ 8,867.02

Debtor 1 **Joaquin Estrada**
Debtor 2 **Leticia Estrada** _____          Case number (*if known*) _____

Multiply line 15a by 12 (the number of months in a year).                                    **x** 12

15b.  The result is your current monthly income for the year for this part of the form.  ...........................................      $      **106,404.24**

Official Form 122C-1      **Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period**      **page 3**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                   Best Case Bankruptcy

Debtor 1 **Joaquin Estrada**
Debtor 2 **Leticia Estrada**                                      Case number (*if known*)

16. **Calculate the median family income that applies to you.** Follow these steps:

16a. Fill in the state in which you live.                                    **MI**

16b. Fill in the number of people in your household.                    **4**

16c. Fill in the median family income for your state and size of household.                                  $ **91,986.00**
To find a list of applicable median income amounts, go online using the link specified in the separate
instructions for this form. This list may also be available at the bankruptcy clerk's office.

17. **How do the lines compare?**

17a. ☐ Line 15b is less than or equal to line 16c. On the top of page 1 of this form, check box 1, *Disposable income is not determined under
11 U.S.C. § 1325(b)(3).* **Go to Part 3.** Do NOT fill out *Calculation of Your Disposable Income* (Official Form 122C-2).

17b. ■ Line 15b is more than line 16c. On the top of page 1 of this form, check box 2, *Disposable income is determined under 11 U.S.C. §
1325(b)(3).* **Go to Part 3 and fill out Calculation of Your Disposable Income (Official Form 122C-2).** On line 39 of that form, copy
your current monthly income from line 14 above.

| **Part 3:** | **Calculate Your Commitment Period Under 11 U.S.C. § 1325(b)(4)** |
| --- | --- |

18. **Copy your total average monthly income from line 11** .                                          $ **8,867.02**

19. **Deduct the marital adjustment if it applies.** If you are married, your spouse is not filing with you, and you
contend that calculating the commitment period under 11 U.S.C. § 1325(b)(4) allows you to deduct part of your
spouse's income, copy the amount from line 13.

19a. If the marital adjustment does not apply, fill in 0 on line 19a.                              -$ **0.00**

19b. **Subtract line 19a from line 18.**                                              $ **8,867.02**

20. **Calculate your current monthly income for the year.** Follow these steps:

20a. Copy line 19b                                                      $ **8,867.02**

Multiply by 12 (the number of months in a year).                            **x 12**

20b. The result is your current monthly income for the year for this part of the form.              $ **106,404.24**

20c. Copy the median family income for your state and size of household from line 16c                $ **91,986.00**

21. **How do the lines compare?**

☐ Line 20b is less than line 20c. Unless otherwise ordered by the court, on the top of page 1 of this form, check box 3, *The commitment
period is 3 years.* Go to Part 4.

■ Line 20b is more than or equal to line 20c. Unless otherwise ordered by the court, on the top of page 1 of this form, check box 4, *The
commitment period is 5 years.* Go to Part 4.

| **Part 4:** | **Sign Below** |
| --- | --- |

By signing here, under penalty of perjury I declare that the information on this statement and in any attachments is true and correct.

X **/s/ Joaquin Estrada**                                    X **/s/ Leticia Estrada**
**Joaquin Estrada**                                            **Leticia Estrada**
Signature of Debtor 1                                          Signature of Debtor 2

Date **November 29, 2019**                                    Date **November 29, 2019**
MM / DD / YYYY                                                MM / DD / YYYY

If you checked 17a, do NOT fill out or file Form 122C-2.

If you checked 17b, fill out Form 122C-2 and file it with this form. On line 39 of that form, copy your current monthly income from line 14 above.

Fill in this information to identify your case:

Debtor 1 __Joaquin Estrada__

Debtor 2 __Leticia Estrada__
(Spouse, if filing)

United States Bankruptcy Court for the: __Western District of Michigan__

Case number _____
(if known)

☐ Check if this is an amended filing

Official Form 122C-2

# Chapter 13 Calculation of Your Disposable Income

04/19

To fill out this form, you will need your completed copy of *Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period* (Official Form 122C-1).

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form, Include the line number to which additional information applies. On the top any additional pages, write your name and case number (if known).

### Part 1:    Calculate Your Deductions from Your Income

The Internal Revenue Service (IRS) issues National and Local Standards for certain expense amounts. Use these amounts to answer the the questions in lines 6-15. To find the IRS standards, go online using the link specified in the separate instructions for this form. This information may also be available at the bankruptcy clerk's office.

Deduct the expense amounts set out in lines 6-15 regardless of your actual expense. In later parts of the form, you will use some of your actual expenses if they are higher than the standards. Do not include any operating expenses that you subtracted from income in lines 5 and 6 of Form 122C-1, and do not deduct any amounts that you subtracted from your spouse's income in line 13 of Form 122C-1.

If your expenses differ from month to month, enter the average expense.

Note: Line numbers 1-4 are not used in this form. These numbers apply to information required by a similar form used in chapter 7 cases.

5. **The number of people used in determining your deductions from income**

Fill in the number of people who could be claimed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support. This number may be different from the number of people in your household.

| 4 |

**National Standards**      You must use the IRS National Standards to answer the questions in lines 6-7.

6. **Food, clothing, and other items:** Using the number of people you entered in line 5 and the IRS National Standards, fill in the dollar amount for food, clothing, and other items.

$ ___1,786.00___

7. **Out-of-pocket health care allowance:** Using the number of people you entered in line 5 and the IRS National Standards, fill in the dollar amount for out-of-pocket health care. The number of people is split into two categories--people who are under 65 and people who are 65 or older--because older people have a higher IRS allowance for health car costs. If your actual expenses are higher than this IRS amount, you may deduct the additional amount on line 22.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor 1    **Joaquin Estrada**
Debtor 2    **Leticia Estrada**                                              Case number (*if known*)  _____

| **People who are under 65 years of age** | | | | |
|---|---|---|---|---|
| 7a. | Out-of-pocket health care allowance per person | $ | 55 | |
| 7b. | Number of people who are under 65 | X | 4 | |
| 7c. | **Subtotal.** Multiply line 7a by line 7b. | $ | 220.00 | Copy here=> $ 220.00 |

| **People who are 65 years of age or older** | | | | |
|---|---|---|---|---|
| 7d. | Out-of-pocket health care allowance per person | $ | 114 | |
| 7e. | Number of people who are 65 or older | X | 0 | |
| 7f. | Subtotal. Multiply line 7d by line 7e. | $ | 0.00 | Copy here=> $ 0.00 |

| | | | | |
|---|---|---|---|---|
| 7g. | **Total.** Add line 7c and line 7f | $ 220.00 | Copy total here=> | $ 220.00 |

**Local Standards**    You must use the IRS Local Standards to answer the questions in lines 8-15.

Based on information from the IRS, the U.S. Trustee Program has divided the IRS Local Standard for housing for bankruptcy purposes into two parts:

■ Housing and utilities - Insurance and operating expenses

■ Housing and utilities - Mortgage or rent expenses

To answer the questions in lines 8-9, use the U.S. Trustee Program chart. To find the chart, go online using the link specified in the separate instructions for this form. This chart may also be available at the bankruptcy clerk's office.

8. **Housing and utilities - Insurance and operating expenses:** Using the number of people you entered in line 5, fill in the dollar amount listed for your county for insurance and operating expenses.   $   633.00

9. **Housing and utilities - Mortgage or rent expenses:**

   9a.  Using the number of people you entered in line 5, fill in the dollar amount listed for your county for mortgage or rent expenses.   $   1,183.00

   9b.  Total average monthly payment for all mortgages and other debts secured by your home.

   To calculate the total average monthly payment, add all amounts that are contractually due to each secured creditor in the 60 months after you file for bankruptcy. Next divide by 60.

| Name of the creditor | Average monthly payment | |
|---|---|---|
| **SELECT PORTFOLIO SERVICING INC** | $   664.00 | |
| 9b. Total average monthly payment | $   664.00 | Copy here=>  -$   664.00   Repeat this amount on line 33a. |

   9c.  Net mortgage or rent expense.

   Subtract line 9b (*total average monthly payment*) from line 9a (*mortgage or rent expense*). If this number is less than $0, enter $0.     $   519.00   Copy here=> $   519.00

10. **If you claim that the U.S. Trustee Program's division of the IRS Local Standard for housing is incorrect and affects the calculation of your monthly expenses, fill in any additional amount you claim.**   $   0.00

   Explain why:  _____

Debtor 1  **Joaquin Estrada**
Debtor 2  **Leticia Estrada**                                                      Case number (*if known*)  _____

---

11. **Local transportation expenses:** Check the number of vehicles for which you claim an ownership or operating expense.

☐ 0. Go to line 14.

☐ 1. Go to line 12.

☑ 2 or more. Go to line 12.

12. **Vehicle operation expense:** Using the IRS Local Standards and the number of vehicles for which you claim the operating expenses, fill in the *Operating Costs* that apply for your Census region or metropolitan statistical area.                                                $ _____ **382.00**

13. **Vehicle ownership or lease expense:** Using the IRS Local Standards, calculate the net ownership or lease expense for each vehicle below. You may not claim the expense if you do not make any loan or lease payments on the vehicle. In addition, you may not claim the expense for more than two vehicles.

| Vehicle 1 | Describe Vehicle 1: | **2006 VOLKSWAGEN JETTA 153,000 miles TITLE IS IN THE NAME OF THE DEBTOR'S MOTHER AND DEBTOR'S SON. DEBTOR'S MOTHER ACQUIRED THE LOAN. TITLE WILL BE TRANSFERED TO DEBTOR'S (JT) UPON LAST MONTHLY PAYMENT** |

13a. Ownership or leasing costs using IRS Local Standard.................................................  $ _____ **508.00**

13b. Average monthly payment for all debts secured by Vehicle 1.

Do not include costs for leased vehicles.

To calculate the average monthly payment here and on line 13e, add all amounts that are contractually due to each secured creditor in the 60 months after you file for bankruptcy. Then divide by 60.

| Name of each creditor for Vehicle 1 | Average monthly payment |
|---|---|
| **JULIA ESTRADA** | $ **27.13** |
| Total Average Monthly Payment | $ **27.13** |

Copy here => -$ **27.13**    Repeat this amount on line 33b.

13c. Net Vehicle 1 ownership or lease expense

Subtract line 13b from line 13a. if this number is less than $0, enter $0. ...................... $ **480.87**

Copy net Vehicle 1 expense here => $ **480.87**

| Vehicle 2 | Describe Vehicle 2: | |

13d. Ownership or leasing costs using IRS Local Standard.................................................  $ **0.00**

13e. Average monthly payment for all debts secured by Vehicle 2. Do not include costs for leased vehicles.

| Name of each creditor for Vehicle 2 | Average monthly payment |
|---|---|
| **-NONE-** | $ |
| Total average monthly payment | $ **0.00** |

Copy here => -$ **0.00**    Repeat this amount on line 33c.

13f. Net Vehicle 2 ownership or lease expense

Subtract line 13e from line 13d. if this number is less than $0, enter $0. ....................... $ **0.00**

Copy net Vehicle 2 expense here => $ **0.00**

14. **Public transportation expense: If you claimed 0 vehicles in line 11, using the IRS Local Standards, fill in the** *Public Transportation* **expense allowance regardless of whether you use public transportation.**                                                $ **0.00**

15. **Additional public transportation expense:** If you claimed 1 or more vehicles in line 11 and if you claim that you may also deduct a public transportation expense, you may fill in what you believe is the appropriate expense, but you may not claim more than the IRS Local Standard for *Public Transportation*.                                                $ **0.00**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor 1   **Joaquin Estrada**
Debtor 2   **Leticia Estrada**        Case number (*if known*) _____

| **Other Necessary Expenses** | In addition to the expense deductions listed above, you are allowed your monthly expenses for the following IRS categories. | |
|---|---|---|

16. **Taxes:** The total monthly amount that you will actually pay for federal, state and local taxes, such as income taxes, self-employment taxes, social security taxes, and Medicare taxes. You may include the monthly amount withheld from your pay for these taxes. However, if you expect to receive a tax refund, you must divide the expected refund by 12 and subtract that number from the total monthly amount that is withheld to pay for taxes.
Do not include real estate, sales, or use taxes.    $    **1,722.00**

17. **Involuntary deductions:** The total monthly payroll deductions that your job requires, such as retirement contributions, union dues, and uniform costs.
Do not include amounts that are not required by your job, such as voluntary 401(k) contributions or payroll savings.    $    **481.00**

18. **Life Insurance:** The total monthly premiums that you pay for your own term life insurance. If two married people are filing together, include payments that you make for your spouse's term life insurance.
Do not include premiums for life insurance on your dependents, for a non-filing spouse's life insurance, or for any form of life insurance other than term.    $    **0.00**

19. **Court-ordered payments:** The total monthly amount that you pay as required by the order of a court or administrative agency, such as spousal or child support payments.
Do not include payments on past due obligations for spousal or child support. You will list these obligations in line 35.    $    **590.50**

20. **Education:** The total monthly amount that you pay for education that is either required:
■ as a condition for your job, or
■ for your physically or mentally challenged dependent child if no public education is available for similar services.    $    **0.00**

21. **Childcare:** The total monthly amount that you pay for childcare, such as babysitting, daycare, nursery, and preschool.
Do not include payments for any elementary or secondary school education.    $    **0.00**

22. **Additional health care expenses, excluding insurance costs:** The monthly amount that you pay for health care that is required for the health and welfare of you or your dependents and that is not reimbursed by insurance or paid by a health savings account. Include only the amount that is more than the total entered in line 7.
Payments for health insurance or health savings accounts should be listed only in line 25.    $    **0.00**

23. **Optional telephone and telephone services:** The total monthly amount that you pay for telecommunication services for you and your dependents, such as pagers, call waiting, caller identification, special long distance, or business cell phone service, to the extent necessary for your health and welfare or that of your dependents or for the production of income, if it is not reimbursed by your employer.
Do not include payments for basic home telephone, internet and cell phone service. Do not include self-employment expenses, such as those reported on line 5 of Official Form 122C-1, or any amount you previously deducted.    +$    **0.00**

24. **Add all of the expenses allowed under the IRS expense allowances.**
Add lines 6 through 23.    $    **6,814.37**

| **Additional Expense Deductions** | These are additional deductions allowed by the Means Test. *Note:* Do not include any expense allowances listed in lines 6-24. |
|---|---|

25. **Health insurance, disability insurance, and health savings account expenses.** The monthly expenses for health insurance, disability insurance, and health savings accounts that are reasonably necessary for yourself, your spouse, or your dependents.

Health insurance    $    **442.00**

Disability insurance    $    **0.00**

Health savings account    + $    **0.00**

Total    $    **442.00**    Copy total here=>    $    **442.00**

Do you actually spend this total amount?
☐ No. How much do you actually spend?
■ Yes    $ _____

26. **Continued contributions to the care of household or family members.** The actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. These expenses may include contributions to an account of a qualified ABLE program. 26 U.S.C. § 529A(b)    $    **0.00**

27. **Protection against family violence.** The reasonably necessary monthly expenses that you incur to maintain the safety of you and your family under the Family Violence Prevention and Services Act or other federal laws that apply.
By law, the court must keep the nature of these expenses confidential.    $    **0.00**

| Debtor 1 | **Joaquin Estrada** | | |
|---|---|---|---|
| Debtor 2 | **Leticia Estrada** | Case number (*if known*) | |

28. **Additional home energy costs.** Your home energy costs are included in your insurance and operating expenses on line 8.

   If you believe that you have home energy costs that are more than the home energy costs included in expenses on line 8, then fill in the excess amount of home energy costs

   You must give your case trustee documentation of your actual expenses, and you must show that the additional amount claimed is reasonable and necessary.                                                                  $ _____ 0.00

29. **Education expenses for dependent children who are younger than 18.** The monthly expenses (not more than $170.83* per child) that you pay for your dependent children who are younger than 18 years old to attend a private or public elementary or secondary school.

   You must give your case trustee documentation of your actual expenses, and you must explain why the amount claimed is reasonable and necessary and not already accounted for in lines 6-23.

   * Subject to adjustment on 4/01/22, and every 3 years after that for cases begun on or after the date of adjustment.      $ _____ 0.00

30. **Additional food and clothing expense.** The monthly amount by which your actual food and clothing expenses are higher than the combined food and clothing allowances in the IRS National Standards. That amount cannot be more than 5% of the food and clothing allowances in the IRS National Standards.

   To find a chart showing the maximum additional allowance, go online using the link specified in the separate instructions for this form. This chart may also be available at the bankruptcy clerk's office.

   You must show that the additional amount claimed is reasonable and necessary.                                           $ _____ 0.00

31. **Continuing charitable contributions.** The amount that you will continue to contribute in the form of cash or financial instruments to a religious or charitable organization. 11 U.S.C. § 548(d)(3) and (4).                $ _____ 215.00

   Do not include any amount more than 15% of your gross monthly income.

32. **Add all of the additional expense deductions.**                                                                    $ _____ 657.00
   Add lines 25 through 31.

### Deductions for Debt Payment

33. **For debts that are secured by an interest in property that you own, including home mortgages, vehicle loans, and other secured debt, fill in lines 33a through 33e.**

   To calculate the total average monthly payment, add all amounts that are contractually due to each secured creditor in the 60 months after you file for bankruptcy. Then divide by 60.

|  | | | **Average monthly payment** |
|---|---|---|---|
| | **Mortgages on your home** | | |
| 33a. | Copy line 9b here | => | $ _____ 664.00 |
| | **Loans on your first two vehicles** | | |
| 33b. | Copy line 13b here | => | $ _____ 27.13 |
| 33c. | Copy line 13e here | => | $ _____ 0.00 |

33d. List other secured debts:

| Name of each creditor for other secured debt | Identify property that secures the debt | Does payment include taxes or insurance? | |
|---|---|---|---|
| | | ☐ No | |
| **-NONE-** | | ☐ Yes | $ _____ |
| | | ☐ No | |
| | | ☐ Yes | $ _____ |
| | | ☐ No | |
| | | ☐ Yes | +  $ _____ |

| 33e | Total average monthly payment. Add lines 33a through 33d | $ _____ 691.13 | **Copy total here=>** | $ _____ 691.13 |
|---|---|---|---|---|

Debtor 1    **Joaquin Estrada**
Debtor 2    **Leticia Estrada**                Case number (*if known*)

**34. Are any debts that you listed in line 33 secured by your primary residence, a vehicle, or other property necessary for your support or the support of your dependents?**

☐ No.   Go to line 35.

■ Yes.   State any amount that you must pay to a creditor, in addition to the payments listed in line 33, to keep possession of your property (called the *cure amount*). Next, divide by 60 and fill in the information below.

| Name of the creditor | Identify property that secures the debt | Total cure amount | Monthly cure amount |
|---|---|---|---|
| **SELECT PORTFOLIO SERVICING INC** | **189 W. 17TH STREET HOLLAND, MI 49423  Ottawa County** <br> **PP#: 70-16-32-101-017** <br> **SEV: $41,800** <br> **(See Attachment 'A' for legal description)** | $ 12,857.00 ÷ 60 = $ | 214.28 |
| | | $   ÷ 60 = $ | |
| | | $   ÷ 60 = +$ | |
| | Total | $ 214.28 | Copy total here=>   $ 214.28 |

**35. Do you owe any priority claims - such as a priority tax, child support, or alimony - that are past due as of the filing date of your bankruptcy case?** 11 U.S.C. § 507.

☐ No.   Go to line 36.

■ Yes.   Fill in the total amount of all of these priority claims. Do not include current or ongoing priority claims, such as those you listed in line 19.

Total amount of all past-due priority claims ........................ $ 992.00 ÷ 60 $ 16.53

**36. Projected monthly Chapter 13 plan payment**       $ 2,623.00

Current multiplier for your district as stated on the list issued by the Administrative Office of the United States Courts (for districts in Alabama and North Carolina) or by the Executive Office for United States Trustees (for all other districts).    X   7.80

To find a list of district multipliers that includes your district, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

Average monthly administrative expense       $ 204.59    Copy total here=>   $ 204.59

**37. Add all of the deductions for debt payment.**
Add lines 33e through 36.       $ 1,126.53

**Total Deductions from Income**

**38. Add all of the allowed deductions.**

Copy line 24, *All of the expenses allowed under IRS expense allowances* ............... $ 6,814.37

Copy line 32, *All of the additional expense deductions* ............... $ 657.00

Copy line 37, *All of the deductions for debt payment* ............... +$ 1,126.53

Total deductions.................................................... $ 8,597.90    Copy total here=>   $ 8,597.90

Debtor 1   **Joaquin Estrada**
Debtor 2   **Leticia Estrada**                                        Case number (*if known*) _____

| Part 2: | Determine Your Disposable Income Under 11 U.S.C. § 1325(b)(2) |
|---|---|

39. **Copy your total current monthly income from line 14 of Form 122C-1,** *Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period.*   $ _____ 8,867.02

40. **Fill in any reasonably necessary income you receive for support for dependent children.** The monthly average of any child support payments, foster care payments, or disability payments for a dependent child, reported in Part I of Form 122C-1, that you received in accordance with applicable nonbankruptcy law to the extent reasonably necessary to be expended for such child.   $ _____ 0.00

41. **Fill in all qualified retirement deductions.** The monthly total of all amounts that your employer withheld from wages as contributions for qualified retirement plans, as specified in 11 U.S.C. § 541(b)(7) plus all required repayments of loans from retirement plans, as specified in 11 U.S.C. § 362(b)(19).   $ _____ 395.00

42. **Total of all deductions allowed under 11 U.S.C. § 707(b)(2)(A).** Copy line 38 here  =>  $ _____ 8,597.90

43. **Deduction for special circumstances.** If special circumstances justify additional expenses and you have no reasonable alternative, describe the special circumstances and their expenses. You must give your case trustee a detailed explanation of the special circumstances and documentation for the expenses.

| Describe the special circumstances | Amount of expense |
|---|---|
|  | $ _____ |
|  | $ _____ |
|  | $ _____ |
| Total  $ _____ 0.00 | Copy here=> $ _____ 0.00 |

44. **Total adjustments.** Add lines 40 through 43.  =>  $ _____ 8,992.90   Copy here=> -$ _____ 8,992.90

45. **Calculate your monthly disposable income under § 1325(b)(2).** Subtract line 44 from line 39.   $ _____ -125.88

| Part 3: | Change in Income or Expenses |
|---|---|

46. **Change in income or expenses.** If the income in Form 122C-1 or the expenses you reported in this form have changed or are virtually certain to change after the date you filed your bankruptcy petition and during the time your case will be open, fill in the information below. For example, if the wages reported increased after you filed your petition, check 122C-1 in the first column, enter line 2 in the second column, explain why the wages increased, fill in when the increase occurred, and fill in the amount of the increase.

| Form | Line | Reason for change | Date of change | Increase or decrease? | Amount of change |
|---|---|---|---|---|---|
| ☐ 122C-1 |  |  |  | ☐ Increase |  |
| ☐ 122C-2 |  |  |  | ☐ Decrease | $ _____ |
| ☐ 122C-1 |  |  |  | ☐ Increase |  |
| ☐ 122C-2 |  |  |  | ☐ Decrease | $ _____ |
| ☐ 122C-1 |  |  |  | ☐ Increase |  |
| ☐ 122C-2 |  |  |  | ☐ Decrease | $ _____ |
| ☐ 122C-1 |  |  |  | ☐ Increase |  |
| ☐ 122C-2 |  |  |  | ☐ Decrease | $ _____ |

Debtor 1 **Joaquin Estrada**
Debtor 2 **Leticia Estrada**

Case number (*if known*) _____

| Part 4: | Sign Below |
|---|---|

By signing here, under penalty of perjury you declare that the information on this statement and in any attachments is true and correct.

X **/s/ Joaquin Estrada**                                X **/s/ Leticia Estrada**
  **Joaquin Estrada**                                      **Leticia Estrada**
  Signature of Debtor 1                                    Signature of Debtor 2

Date **November 29, 2019**                          Date **November 29, 2019**
  MM / DD / YYYY                                           MM / DD / YYYY

# United States Bankruptcy Court
## Western District of Michigan

In re    **Joaquin Estrada**
       **Leticia Estrada**

                                                  Debtor(s)

Case No.

Chapter    **13**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:    **November 29, 2019**

**/s/ Joaquin Estrada**
**Joaquin Estrada**
Signature of Debtor

Date:    **November 29, 2019**

**/s/ Leticia Estrada**
**Leticia Estrada**
Signature of Debtor

ADVANCED RADIOLOGY SERVICES
100 S. OWASSO BLVD. WEST
SAINT PAUL MN 55117

AMERICOLLECT
PO BOX 1690
MANITOWOC WI 54221-1690

GUARDIAN
GROUP CLAIMS DEPARTMENT
PO BOX 2459
SPOKANE WA 99210-2459

ADVANCED RADIOLOGY SERVICES
PO BOX 776453
CHICAGO IL 60677-6453

AMERICOLLECT
1851 S ALVERNO RD
MANITOWOC WI 54221-1566

HOLLAND COMMUNITY HEALTH C
PO BOX 99333
TROY MI 48099-9333

ADVANCED RADIOLOGY SERVICES
3264 NORTH EVERGREEN DRIVE
GRAND RAPIDS MI 49525

ATTORNEY GENERAL DANA NESSEL
ASST ATTY GENERAL MICHAEL HILL
PO BOX 30754
LANSING MI 48909

HOLLAND HOSPITAL
602 MICHIGAN AVE
HOLLAND MI 49423

ALLIED BUSINESS GROUP
ONABS110
PO BOX 1280
OAKS PA 19456-1280

CAPITAL ONE AUTO FINANCE
ATTN: BANKRUPTCY
PO BOX 30285
SALT LAKE CITY UT 84130

HOLLAND HOSPITAL
PO BOX 3475
TOLEDO OH 43607-0475

ALLIED BUSINESS SERVICES
PO BOX 1799
HOLLAND MI 49422

CAPITAL ONE AUTO FINANCE
PO BOX 259407
PLANO TX 75025

HOLLAND HOSPITAL
PO BOX 77000
DEPT 77538
DETROIT MI 48277-0538

ALLIED BUSINESS SERVICES
400 ALLIED CT
ZEELAND MI 49464

CAPITAL ONE AUTO FINANCE
3901 DALLAS PKWY
PLANO TX 75093-7864

HOLLAND HOSPITAL
PO BOX 140250
TOLEDO OH 43614

ALLIED COLLECTION SERVICE
PO BOX 1799
HOLLAND MI 49422

DAVID CHRISTENSEN DDS PC
187 RILEY STREET
HOLLAND MI 49424

HOLLAND HOSPITAL
417 BRIDGE ST.
DANVILLE VA 24541-1403

ALLIED COLLECTION SERVICE
ONABSI10
PO BOX 1022
WIXOM MI 48393-1022

ERC /ENHANCED RECOVERY CORP
ATTN: BANKRUPTCY
8014 BAYBERRY ROAD
JACKSONVILLE FL 32256

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA PA 19101-7346

ALLIED COLLECTION SERVICE
ONABSI10
PO BOX 1022
WIXOM MI 48393-1022

ERC /ENHANCED RECOVERY CORP
PO BOX 57547
JACKSONVILLE FL 32241

INTERNAL REVENUE SERVICE
ACS SUPPORT - STOP 5050
PO BOX 219236
KANSAS CITY MO 64121-9236

AMERICOLLECT
PO BOX 1566
1851 SOUTH ALVERNO ROAD
MANITOWOC WI 54221

FMS SERVICES
PO BOX 1423
ELK GROVE VILLAGE IL 60009-1423

JULIA ESTRADA
125 DEPOT LANE
HOLLAND MI 49424

KOHLS /CAPITAL ONE
ATTN: CREDIT ADMINISTRATOR
PO BOX 3043
MILWAUKEE WI 53201

MONEY RECOVERY NATIONWIDE
8155 EXECUTIVE CT
SUITE 10
LANSING MI 48917

SELECT PORTFOLIO SERVICING I
10401 DEERWOOD PARK BLVD
JACKSONVILLE FL 32256


KOHLS /CAPITAL ONE
PO BOX 2983
MILWAUKEE WI 53201-2983

MONEY RECOVERY NATIONWIDE
ONNWID02
PO BOX 1022
WIXOM MI 48393-1022

SELECT PORTFOLIO SERVICING I
3815 S WEST TEMPLE
SALT LAKE CITY UT 84115-4412


KOHLS /CAPITAL ONE
N56 W 17000 RIDGEWOOD DR
MENOMONEE FALLS WI 53051

MONEY RECOVERY NATIONWIDE
PO BOX 13129
LANSING MI 48901-3129

SELECT PORTFOLIO SERVICING I
3217 S DECKER LAKE DR
SALT LAKE CITY UT 84119


KOHLS /CAPITAL ONE
PO BOX 3115
MILWAUKEE WI 53201-3115

RECEIVABLES MGMT PRTNRS (RMP)
ATTN: BANKRUPTCY
PO BOX 13129
LANSING MI 48901

SPECTRUM HEALTH
PO BOX 120153
GRAND RAPIDS MI 49528-0103


LABCORP OF AMERICA HOLDINGS
PO BOX 2240
BURLINGTON NC 27216-4440

RECEIVABLES MGMT PRTNRS (RMP)
8155 EXECUTIVE COURT
LANSING MI 48917

SPECTRUM HEALTH
PO BOX 2127
GRAND RAPIDS MI 49501-2127


LABCORP OF AMERICA HOLDINGS
6370 WILCOX ROAD
DUBLIN OH 43016

RECEIVABLES MGMT PRTNRS (RMP)
8155 EXECUTIVE COURT
STE 10
LANSING MI 48917

SPECTRUM HEALTH
100 MICHIGAN
GRAND RAPIDS MI 49503


MICHIGAN CREDITORS SERVICE INC
4500 REMEMBRANCE ROAD NW
GRAND RAPIDS MI 49544-1122

RMP SERVICES
8155 EXECUTIVE COURT
SUITE 10
LANSING MI 48917-7774

SPECTRUM HEALTH
PO BOX 88013
CHICAGO IL 60680-1013


MIDLAND CREDIT MANAGEMENT INC
350 CAMINO DE LA REINA
SUITE 100
SAN DIEGO CA 92108

RMP SERVICES
PO BOX 13129
LANSING MI 48901-3129

U.S. DEPARTMENT OF EDUCATIO
ECMC/BANKRUPTCY
PO BOX 16408
SAINT PAUL MN 55116


MIDLAND CREDIT MANAGEMENT INC
PO BOX 301030
LOS ANGELES CA 90030-1030

RMP SERVICES
ONNWID02
PO BOX 1280
OAKS PA 19456-1280

U.S. DEPARTMENT OF EDUCATIO
NATIONAL PAYMENT CENTER
PO BOX 105081
ATLANTA GA 30348-5081


MIDLAND CREDIT MANAGEMENT INC
ATTN: CONSUMER SUPPORT SERVICE
320 E BIG BEAVER RD.
SUITE 300
TROY MI 48083

SELECT PORTFOLIO SERVICING INC
ATTN: BANKRUPTCY
PO BOX 65250
SALT LAKE CITY UT 84165

U.S. DEPARTMENT OF EDUCATIO
NATIONAL PAYMENT CENTER
PO BOX 105028
ATLANTA GA 30348-5028

U.S. DEPARTMENT OF EDUCATION
NATIONAL PAYMENT CENTER
PO BOX 790336
SAINT LOUIS MO 63179-0336

U.S. DEPARTMENT OF EDUCATION
PO BOX 4222
IOWA CITY IA 52244

U.S. DEPARTMENT OF EDUCATION
PO BOX 5609
GREENVILLE TX 75403-5609

U.S. DEPARTMENT OF EDUCATION
3130 FAIRVIEW PARK DRIVE
SUITE 800
CHESAPEAKE VA 23323

U.S. DEPARTMENT OF EDUCATION
61 FORSYTH ST SW STE
ATLANTA GA 30303

US ATTORNEY'S OFFICE
WESTERN DISTRICT OF MICHIGAN
BANKRUPTCY SECTION
PO BOX 208
GRAND RAPIDS MI 49501-0208

WESTERN MI PATH ASSOC, PLLC
5700 SOUTHWYCK BLVD
TOLEDO OH 43614-1509